**ADDENDUM**

**Tower Bridge**

1.        In spring 2017 DOE investigated BGC Partners, Inc. ("BGCP")'s and Cantor's corporate structures on the SEC EDGAR database beginning with "Tower Bridge" and "Seminole," the first entities he heard were "a tax dodge." There are five "Tower Bridge" companies listed on EDGAR as subsidiaries of BGCP, Tower Bridge GP Limited, Tower Bridge International Services Holdings, L.P., Tower Bridge International Services Holdings, LLC, Defendant Tower Bridge International Services, L.P., and Tower Bridge Securities Limited.

2.        The "Tower Bridge" name originated with Tower Bridge Securities Limited, first incorporated in November 1996. Lee Amaitis was appointed as its Chairman and CEO on April 1, 1997 and resigned December 31, 2009. Howard Lutnick was appointed as a director on February 17, 1997 and resigned the same day as Amaitis. Tower Bridge Securities Limited was dissolved in August 2013. Most of the rest of the company's executives, including BGCP President Shaun Lynn, were British.[1] The company was registered at 1 Dorset Street, Southampton, Hampshire, SO15 2DP, which seems an odd address for any major securities firm, let alone a BGCP/Cantor-related company. See the location below on Google Maps:

https://www.google.com/maps/place/1+Dorset+St,+Southampton+SO15+2DP,+UK/@50.911439,-1.4012612,3a,75y,282.59h,90t/data=!3m6!1e1!3m4!1sNOB_ZPDE8bUUoV7usSp9Ag!2e0!7i13312!8i6656!4m5!3m4!1s0x487476ada2cf0a11:0x2f12690b18f22681!8m2!3d50.9115312!4d-1.4015396

---

[1] *See* https://beta.companieshouse.gov.uk/company/03284846.

**EXHIBIT A TO COMPLAINT**

3.      Andrew Andreou, a citizen of Cyprus, was Tower Bridge Securities Limited's CFO from 1998 to 2000.[2] Like Yves Leysen, referenced in the Complaint with connections to Russian hedge fund LetterOne, Andreou was also once a director of BGCP subsidiary BGC European GP Limited. Andreou has held similar positions with several BGCP/Cantor companies, either as CFO or Chief Administrative Officer.[3]

4.      Tower Bridge GP Limited, with its offices at BGCP/Cantor's Canary Wharf address in London, was incorporated in December 2006 and remains active. Many of the same American and British executives who ran Tower Bridge Securities Limited are also found on the UK Companies House database for this company.[4] Paul M. Pion has been an active director since 2010. The executive roster for Tower Bridge GP Limited also includes a nominee director called Hackwood, appointed on December 15, 2006 and resigning on the same day. The use of nominees like this in the UK has often been tied to the setting up of "off-the-shelf" or "ready-made" companies in the British Virgin Islands ("BVI") and other offshore tax havens.[5] The objective of a having a nominee director is often to prevent the public from knowing that a direct relationship exists between the beneficial owner and the offshore company.

5.      While Tower Bridge International Services Holdings, LLC, and Tower Bridge International Services Holdings, L.P. are on EDGAR, Tower Bridge International Services, L.P., the Defendant company referenced above headed by Paul M. Pion, was not on EDGAR until more

---

[2] Andreou was also a director of a Cayman Islands-based BGCP subsidiary called Scarp Limited with Amaitis. See https://beta.companieshouse.gov.uk/company/FC026900/officers. More recently, Andreou moved into the healthcare equipment sector, and became an officer of UME Diagnostics Limited, a medical equipment company with apparent ties to Malta, according to its direct link on the ICIJ Panama Papers database. See https://beta.companieshouse.gov.uk/company/06258724/officers and https://offshoreleaks.icij.org/nodes/55041552.

[3] *See* https://beta.companieshouse.gov.uk/officers/qP4QqlbOM0aFp-pes9rdQfMcjJw/appointments?page=3 and https://suite.endole.co.uk/insight/company/04045178-bgc-global-limited?page=people-contacts.

[4] *See* https://beta.companieshouse.gov.uk/company/06030662.

[5] *See* the Guardian article on this topic: https://www.theguardian.com/uk/2012/nov/25/offshore-trick-bvi-nominee-director.

**EXHIBIT A TO COMPLAINT**

recently but featured prominently on the Companies House database.[6] This limited partnership was registered in the UK on December 22, 2006, around the same time BGCP and Cantor Fitzgerald first began to occupy their Canary Wharf address in London. Oddly, the Companies House entry for this company does not list any of its key personnel. In an excerpt taken from a 14A filing with the SEC by BGCP/Cantor affiliate eSpeed in October 2009, the company stated that it was 48% owned by Cantor Fitzgerald, the remainder owned by a "Combined Company," including BGCP and related entities.[7] Its stated purpose is "the provision of administrative and corporate services in Europe and Asia to BGC Partners and its direct and indirect, current and future, subsidiaries and to Cantor and its direct and indirect, current and future, subsidiaries."[8] The company is not registered with the FCA in the UK in order to, as the 14A filing states, "[maximize] the efficiency of its regulatory capital usage in the United Kingdom."

6.      In researching these companies elsewhere online, DOE also found Tower Bridge International Services Ltd. on the ICIJ's Panama Papers database.[9] This is a very close namesake of Tower Bridge International Services, *L.P.*, the company run by Paul M. Pion.[10] This Ltd. entity is linked to Portcullis TrustNet (BVI), a large offshore intermediary, and to Deutsche Bank AG, Singapore Branch on its ICIJ database node.

7.      In June 2015, a new Tower Bridge entity, Tower Bridge (One) Limited was incorporated in the UK.[11] Officers of this firm included Mark Snelling, Steven Roy McMurray, CFO for BGCP until his abrupt resignation in October 2018, and Robert Brian Stevens, a chartered

---

[6] *See* https://beta.companieshouse.gov.uk/company/LP011810.

[7] *See* http://www.wikinvest.com/stock/BGC_Partners_(BGCP)/Tower_Bridge.

[8] *Id.*

[9] *See* https://offshoreleaks.icij.org/nodes/146314.

[10] Amaitis established and ran Tower Bridge as its CEO before Pion took over that role in 2012.

[11] Its classification on the UK Companies House corporate database is "Financial intermediation not elsewhere classified." See https://beta.companieshouse.gov.uk/company/09648879.

**EXHIBIT A TO COMPLAINT**

accountant BGCP acquired from rival commodities trading firm Tullett Prebon. As described below, Snelling has been a secretary of several BGCP/Cantor entities appearing to have engaged in tax evasion and money laundering. Like Snelling, Stevens has also been appointed as an officer of many BGCP/Cantor companies.[12] In 2003, the British FSA (now FCA) found that that "by his conduct, in 1996 and 1997, in his capacity as Head of Credit Suisse First Boston International (now CSFP), [Stevens] was involved in conduct designed deliberately to mislead the Japanese tax authority as to the nature and scope of the activities being carried out on CSFP's behalf in Japan."[13]

### Seminole

8.     Researching "Seminole Group Holdings" brought DOE to a node on the ICIJ's Panama Papers database for "Seminole Group Holdings Limited," with its registered address in the BVI. Considering DOE's previous issues in Singapore with BGCP executive Mark Webster, and that Alex Mouradian had worked in Switzerland but was registered and paid in Hong Kong, DOE also researched BGCP's presence in Asia.[14] He checked ICRIS, the Hong Kong corporate online registry, for terms relating to "Seminole," finding "Seminole Ltd." and "Seminole Trading Ltd." This query led DOE to Bryan Coyne and John Andrew Kirley, existing and former BGCP employees who were associated with BGCP's subsidiaries on EDGAR and other affiliates.[15]

---

[12] *See* https://beta.companieshouse.gov.uk/officers/5hsh8JdejK2qlZRVZa-NLk8Lcgs/appointments. Stevens has also been a director of Tower Bridge GP Limited, discussed above, as well as Kyte Capital Management Limited and BGCP/Cantor affiliate Lake Securities Limited, the last two firms Aubin has also served as a director.

[13] *See* https://www.fca.org.uk/publication/final-notices/stevens_10nov03.pdf.

[14] Consider also that BGCP executive Mark Webster was registered with Seminole Financial from 2010-2011.

[15] Coyne is presently employed by BGCP subsidiary BGC Partners, L.P. as its Head of Emerging Markets. John Andrew Kirley is at Tullett Prebon Financial Services in New York, according to his FINRA Broker Check record. Oddly, his history at FINRA does not include his prior affiliation with BGCP.

**EXHIBIT A TO COMPLAINT**

9.      Researching Bryan Coyne online led DOE to find BGC Securities (Hong Kong) LLC on the ICIJ database.[16] Coyne also has his own node on the database.[17] DOE found John Andrew Kirley on an ICIJ database node connecting him to Cantor Fitzgerald's offices at The Center, 99 Queen Road, Level 67 in Hong Kong.[18] Kirley is also connected to Ballybay Company Limited, active in Hong Kong from 2009 to 2012, with a street address at Suites 2302-06, 23/F Great Eagle Centre, 23 Harbour Road, Wan Chai, Hong Kong. This address is also the location for what is known as Portcullis TrustNet (Hong Kong) Limited.[19]

10.     James Laird, a bond broker, also works for BGC Securities (Hong Kong) LLC and is on the ICIJ database, listed by name.[20] He is at the same registered address.[21] Other BGCP employees connected to this affiliate include DOE James Cubells, who joined the firm after a stint with Deutsche [Bank] Futures Hong Kong Limited and Deutsche Securities Asia Limited, and Robert Francis Edwin Burr. These individuals, and a man named Anthony Brian Goodman based in Las Vegas, share connections to a Maltese company called Galaxy Gaming Enterprises Limited, which is also on the ICIJ database.[22]

11.     DOE then researched Eva Chan, the HR Manager for BGCP Asia who joined him on the December 1, 2016 Tandberg in New York, and her possible connections to ICIJ database entries for BGCP/Cantor. He found Eva Chan Trade Co., Limited on the Open Corporates

---

[16] See https://offshoreleaks.icij.org/nodes/14030826.

[17] See https://offshoreleaks.icij.org/nodes/12142500.

[18] Kirley can be found at https://offshoreleaks.icij.org/nodes/292093?e=true and https://panamadb.org/intermediary/john-andrew-kirley_292093.

[19] See https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=260248068.

[20] See https://webb-site.com/dbpub/sfclicrec.asp?p=70176 and https://offshoreleaks.icij.org/nodes/58059823.

[21] On Bloomberg Laird is listed as working for BGC Partners (Singapore) Limited, address at 1 Temasek Avenue, Millenia Tower, Singapore 039192. He may also be registered in one location and working from another.

[22] See the following web entries: https://webb-site.com/dbpub/sfclicrec.asp?p=70160, https://offshoreleaks.icij.org/nodes/56063294, https://opencorporates.com/companies/mt/C46159, https://webb-site.com/dbpub/sfclicrec.asp?p=66563&s=orgup&h=N; https://www.bloomberg.com/research/stocks/people/person.asp?personId=128517330&privcapId=127684754, and https://offshoreleaks.icij.org/nodes/56091919.

**EXHIBIT A TO COMPLAINT**

database, in Hong Kong.[23] He then found another similarly-named entity called Eva Trade Ltd. on the ICIJ database with ties to Portcullis TrustNet (BVI) and to Deutsche Bank AG, Singapore Branch.[24] Eva Trade Ltd.'s ties to these entities are very similar to those shared by Tower Bridge International Services Ltd., referenced above, also found on the ICIJ database.

### Jean-Pierre Aubin

12.    Noting Eva Chan's connection to Aubin, and that Bryan Coyne was registered in Hong Kong in 2011-2012, at the same time Aubin was BGCP's head of listed products in Asia, DOE also searched for entities there possibly related to Aubin.[25] He found one company called Aubin Securities Limited incorporated in Singapore in 2012 but no longer active.[26] DOE found the same name on the ICIJ database, also incorporated in 2012 but in the BVI, deactivated in June 2015, and struck off in October 2016, a few months after his complaints about accounting irregularities at BGCP/Cantor.[27] That company is connected to Sequoia Treuhand in Lichtenstein, a country that is on the U.S. State Department's list of major money laundering havens.

13.    On a more detailed schematic of Aubin Securities Limited on the ICIJ database, the company is a shareholder of Spile Services Limited, which has its registered address at 24 DeCastro Street Wickham's Cay 1 in the BVI, the same address as Mossack Fonseca & Co. (BVI) Ltd., the law firm that the Panama Papers is based upon. Such registered address is also listed for a company called Quantum Serv Ltd., which is a shareholder of Sun Wireless Int'l Ltd. Bryan Coyne, the BGCP executive discussed above, is also a shareholder of that company. Again, Coyne's registered address on this same schematic is at the offices of BGC Securities (Hong Kong)

---

[23] *See* https://opencorporates.com/companies/hk/2359940.

[24] *See* https://offshoreleaks.icij.org/nodes/144779.

[25] Coyne was registered with the Securities & Futures Commission ("SFC") in Hong Kong during this period. Note again that BGCP executive Mark Webster took over in East Asia from Aubin in or around this period.

[26] *See* https://www.keepital.com/company/sg/aubin-securities-limited.

[27] *See* https://offshoreleaks.icij.org/nodes/10148587.

**EXHIBIT A TO COMPLAINT**

LLC. See a printout of the schematic, attached. This more detailed schematic indicates that Aubin Securities Limited is indeed Jean-Pierre Aubin's company. See **Addendum Exhibit 1**, attached.

14.    Also, as illustrated in the schematic described above, Aubin Securities Limited is a shareholder of STG Holdings Ltd. ("STG Holdings"), a Russian holding company, which through its subsidiaries constructs industrial and civil facilities in the Russian Federation and other countries. The company was incorporated in 2008 and is based in Nicosia, Cyprus.[28] "STG" stands for "Stroytransgaz;" such company was among those sanctioned by the United States Department of the Treasury after Russia's illegal invasion of Ukraine in 2014 and has been associated with Russian organized crime.[29]

15.    STG is owned by Russian oligarch Gennady Timchenko, who also controls what is known as Volga Group. Timchenko has been the direct target of U.S. sanctions imposed on Russian individuals and businesses in connection with the Russian annexation of Crimea.[30] Timchenko is on the U.S. Treasury's Specially Designated Nationals List ("SDN") and barred from entering the United States; his assets in the U.S. have been frozen. Companies apparently related to Volga Group include Volga Resource Investments (CY) Limited, based in Cyprus, dissolved in December 2017.[31] Volga Group Ltd. is in the ICIJ database.[32] So is Volga Resources Investments Limited, which is also connected to Sequoia Treuhand in Lichtenstein, like Aubin Securities Limited.[33] This list is not exhaustive.

---

[28] *See* https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=246043828.

[29] *See* https://www.treasury.gov/press-center/press-releases/Pages/jl2369.aspx.

[30] *See* https://www.bbc.com/news/world-europe-29939371 and https://en.wikipedia.org/wiki/Volga_Group.

[31] *See* https://opencorporates.com/companies/cy/HE318680.

[32] *See* https://offshoreleaks.icij.org/nodes/10209568.

[33] *See* https://offshoreleaks.icij.org/nodes/10155173.

**EXHIBIT A TO COMPLAINT**

16.     Aubin's personal finances may also be involved in money laundering, as evidenced by his connections to a former colleague from Tradition in Paris, Roberto Falzoni. Falzoni is the CEO of Dukre Asset Management SA ("Dukre"), an investment company based in Switzerland.[34] Though Aubin is mainly based in Paris, he also manages other BGCP/Cantor entities in Switzerland, BGC Nyon and Lake Securities. Upon information and belief, Aubin uses Falzoni's Swiss firm to launder funds in evading taxes in France, and possibly in other countries. Or, he may deposit funds already laundered elsewhere with Dukre. Dukre is connected to another firm called Skyhawk Asset Management S.A. ("Skyhawk"), which has served as an intermediary. Falzoni's wife, Maria Cristina, was a shareholder of Skyhawk, as was Aubin's wife Valerie. Skyhawk is on the ICIJ database.[35]

### Cantor Commercial Real Estate

17.     Remembering odd directive from BGC Financial, L.P. in February 2016 that he should have no communication with Cantor's commercial real estate arm, Newmark Grubb Knight Frank ("NGKF") while he was on forced administrative leave, DOE looked for more information regarding possible money laundering involved with the firm's recent foray into real estate.[36]

18.     Before NGKF came into being, Cantor's commercial real estate lending arm, Cantor Commercial Real Estate ("CCRE"), was formed in 2010. CCRE has offices throughout the U.S.; its New York headquarters is at 110 East 59th Street.[37] According to a January 2015 article in TheRealDeal.com, a New York real estate news website, NGKF and CCRE, "while run

---

[34] *See* https://www.bloomberg.com/profiles/companies/0848759D:SW-dukre-asset-management-sa.

[35] *See* https://offshoreleaks.icij.org/nodes/10134501.

[36] *See* the Financial Crimes Enforcement Network ("FinCEN")'s 2006 report, "Money Laundering in the Commercial Real Estate Industry," at https://www.fincen.gov/money-laundering-commercial-real-estate-industry, and more recently, https://www.cnbc.com/2017/08/24/a-third-of-luxe-real-estate-deals-involve-suspicious-activity.html.

[37] *See* http://www.ccre.com/contact?id=218.

**EXHIBIT A TO COMPLAINT**

separately, are symbiotic. Cantor may tap Newmark for property-level information, while Newmark may refer a client who needs financing to CCRE."[38]

19.    As DOE researched CCRE online, in Open Corporates he found two entities, Cantor Commercial Real Estate Lending, L.P. and Cantor Commercial Real Estate Lending Holdings, LLC.[39] The latter he found recently on the ICIJ's expanded "Paradise Papers" database by its full name. Its mailing address is also at 110 East 59th Street in New York, c/o Cantor Commercial Real Estate, and it is also connected to what is called CCRE Cayman Ltd.[40] Cantor Commercial Real Estate Lending, L.P. also shares the same street address in New York.[41]

20.    Another ICIJ database node for Cantor Commercial Real Estate Lending Holdings, LLC shows direct connections to CCRE co-founder and CEO Anthony Orso, and Michael May, acquired from Freddie Mac in 2014.[42] Orso and May also appear to be officers of CCRE Cayman Ltd.[43] Jill Weinstein, secretary of CCRE, also appears on the ICIJ database as a director of this entity. DOE also noted the presence of attorney Norman Klein in these entries, assigned to CCRE Cayman Ltd. Klein's Bermuda-based law firm, Appleby, features prominently as an "offshore service provider" on the Panama and Paradise papers, like the Panamanian law firm Mossack Fonseca.[44] Klein is based in the Cayman Islands.

---

[38] *See* https://therealdeal.com/issues_articles/taking-on-the-big-guys-at-cantor-commercial/.

[39] *See* https://opencorporates.com/officers/145653663.

[40] *See* https://offshoreleaks.icij.org/nodes/80044353.

[41] *See* https://bizstanding.com/p/cantor+commercial+real+estate+lending+l.p-186889419.

[42] *See* https://offshoreleaks.icij.org/nodes/81078517.

[43] *See* https://offshoreleaks.icij.org/nodes/82022138.

[44] *See* https://offshoreleaks.icij.org/nodes/80107404, https://www.icij.org/investigations/paradise-papers/appleby-offshore-magic-circle-law-firm-record-of-compliance-failures-icij/, and https://www.applebyglobal.com/profile/view/64970/Norman-Klein.

**EXHIBIT A TO COMPLAINT**

### Paul M. Pion, Howard Lutnick, and Lee Amaitis on The Panama Papers

21.    Further research on CCRE led DOE to find Paul M. Pion on the ICIJ database. Clicking on the link at https://offshoreleaks.icij.org/nodes/80112898 takes the viewer directly to a node naming Pion. Pion is the successor to Amaitis in handling administration for several areas of the BGCP/Cantor corporate structure, including but not limited to Tower Bridge and eSpeed, as well as the Cantor Fitzgerald Relief Fund and other related charities.

22.    DOE then found Lutnick and Amaitis by name on the ICIJ database. Clicking on the link at https://offshoreleaks.icij.org/nodes/55035700 takes the viewer directly to a node naming Lutnick as a shareholder of Cantor Gaming Malta One Limited, which has its registered office at 35-36 Archbishop Street, Valletta, Malta. Amaitis is the director and legal and judicial representative of this company, which was incorporated in August 2007. Amaitis was CEO of Las Vegas gaming firm CG Technology, previously known as Cantor Gaming & Wagering, a firm that was caught up in a federal money laundering probe and paid tens of millions of dollars in fines. Lutnick was CG Technology's founder and was majority owner throughout the relevant period of DOE's Complaint.

### Paul M. Pion, Howard Lutnick, and Lee Amaitis on The Panama Papers

23.    Another direct link on the ICIJ database shows Lutnick and a residence he owned or may still own in New York City, at 11 East 71st Street in the Lenox Hill neighborhood. Clicking on the link at https://offshoreleaks.icij.org/nodes/58005522 will take the reader straight to it.[45]

### Douglas R. Barnard, Mark Snelling, and Cantor Gaming

24.    DOE notes also the presence of Douglas R. Barnard on the Cantor Gaming Malta One Limited node on the ICIJ database. A veteran of Deutsche Bank, more recently Barnard has

---

[45] *See also* https://streeteasy.com/building/11-east-71-street-manhattan.

served as the CFO of Cantor Fitzgerald, L.P. (through March 2015). According to his biography on Bloomberg, Barnard was responsible for all Cantor Fitzgerald's financial and accounting operations while in that role and overseeing global financial reporting and budgeting.[46] Barnard was also a director of Cantor Gaming & Wagering Ltd. beginning in 2009. Barnard resigned from that position in April 2015, a month after leaving his role as CFO of Cantor Fitzgerald, L.P.[47]

25.    Mark Snelling, the UK attorney serving Cantor Fitzgerald, BGCP, and Tower Bridge in several capacities, and as a secretary of numerous BGCP/Cantor entities, is also secretary of Cantor Gaming & Wagering Ltd.[48] As described in the Complaint, Snelling, acting in his capacity as Data Protection Officer for BGCP, refused to provide information DOE's counsel requested about his partnership shares in 2017.

26.    Cantor Fitzgerald appears to have been in control of two different "Cantor Gaming" entities in the UK simultaneously, one being Cantor Gaming & Wagering Limited, incorporated in 2009 and based at 1 Churchill Place, Canary Wharf where most of Cantor's European headquarters are based, and the other being Cantor Gaming Limited, situated at 1 Dorset Street, Southampton, Hampshire, SO15 2DP, the odd "storefront" address referenced above. Cantor Gaming Limited was dissolved in June 2013. Along with Mark Snelling, other officers of this now defunct company have included Amaitis, a director, and Barnard, its CFO.

27.    There are more companies associated with Cantor Fitzgerald and the foregoing executives that have operated from 1 Dorset Street, including Euro Brokers Restore Limited,[49]

---

[46] https://www.bloomberg.com/research/stocks/private/person.asp?personId=22195779&privcapId=145116683
[47] https://beta.companieshouse.gov.uk/company/07075871/officers
[48] *Id.*
[49] https://beta.companieshouse.gov.uk/company/02284837/officers

**EXHIBIT A TO COMPLAINT**

Eccoware Limited, a BGCP subsidiary,[50] Climate Warehouse UK Limited,[51] Cantor Fitzgerald Energy Europe Limited,[52] Cantor Fitzgerald Leasing,[53] and Euro Brokers Financial Services Limited.[54] These companies have all been dissolved over the past several years. The same names, including but not limited to Amaitis, Barnard, and Snelling, appear as executives for most all these entities. Another name that repeatedly appears in such entries include Anthony Graham Sadler, who was CFO of BGCP from 2008 to 2016. Sadler had been replaced by Steven Roy McMurray in June 2016. McMurray quit BGCP abruptly in October 2018, citing "personal and family reasons," and resurfaced in June 2019 as the CFO of a company called Liberty Specialty Markets in London.[55] Sadler's LinkedIn page now indicates that he has been CFO of BGCP continuously since December 2008, though it also includes the old press release from February 2015 stating that he would be stepping down from that role. McMurray's present iteration of his LinkedIn page says that he was CFO of BGCP from April 2016 to December 2018. These two biographies obviously conflict.

28.    The accountancy firm Grant Thornton UK LLP also keeps an office at 1 Dorset Street. Grant Thornton operates in the Cayman Islands, and specializes in "liquidating complex financial structures."[56] Grant Thornton may aid and abet tax evasion and money laundering through services it offers to BGCP/Cantor.[57] While often it is customary for small, newly-formed

---

[50] https://beta.companieshouse.gov.uk/company/03733080/officers

[51] https://beta.companieshouse.gov.uk/company/06147780/officers

[52] https://beta.companieshouse.gov.uk/company/04152546/officers

[53] https://beta.companieshouse.gov.uk/company/03193950/officers

[54] https://beta.companieshouse.gov.uk/company/02197698/officers

[55] *See* https://www.financemagnates.com/executives/move/bgc-partners-taps-steve-mcmurray-cfo-replacing-graham-sadler/ and https://finance.yahoo.com/news/bgc-announces-changes-additions-finance-124500728.html. *See also* https://www.linkedin.com/in/steve-mcmurray-5a231726/.

[56] https://www.grantthornton.global/en/locations/cayman-islands-specialist-services/

[57] In 2017 and 2018, Grant Thornton was fined £2.3 and £3m respectively by the Financial Reporting Council ("FRC") in the UK for misconduct over audits. In June 2019, the FRC opened an investigation into Grant Thornton's auditing

**EXHIBIT A TO COMPLAINT**

companies to share an address with an accountancy firm in such manner, Cantor Fitzgerald and BGCP – and their subsidiaries and affiliates – are global businesses capitalized in the billions of dollars.

29.     Another Cantor Fitzgerald entity found on the ICIJ database is Cantor Investments Ltd.[58]

### eSpeed

30.     Lutnick created eSpeed in 1996. Since then, it has moved between Cantor Fitzgerald and BGCP in various mergers and sales in what has been called a "bizarre triangular relationship" while alternately run by Lutnick, Amaitis, and Pion.[59] eSpeed was sold to NASDAQ OMX in 2013, DOE and his colleagues at BGC Brokers and other subsidiaries of BGCP were left wondering what happened to the shares "taken back" from their award to "pay for taxes."

31.     There are still numerous entities with variations on the name "eSpeed" listed among BGCP's subsidiaries on the SEC EDGAR database.[60] Another possible iteration of eSpeed called "eSpeed Global Limited" has a node on the ICIJ database.[61] It is based in Hong Kong, and like the businesses connected to John Andrew Kirley, referenced above, it has a relationship with Portcullis TrustNet, the intermediary firm known for creating shell companies.[62]

---

of restaurant chain Patisserie Holdings. See https://www.bbc.com/news/uk-england-manchester-45341315 and https://www.bbc.com/news/business-46286934.

[58] See https://offshoreleaks.icij.org/nodes/80044354.

[59] Such was the description given by Octavio Marenzi, CEO of consulting firm Celent in a Financial Times article from 2007 when BGC was sold to eSpeed. See https://www.ft.com/content/30ace134-0e49-11dc-8219-000b5df10621. Deutsche Bank and the law firm of Morgan, Lewis & Bockius (which received DOE's reports of accounting fraud in 2016) advised on this sale.

[60] See https://www.sec.gov/Archives/edgar/data/1094831/000119312509055548/dex211.htm.

[61] See https://offshoreleaks.icij.org/nodes/58430.

[62] While eSpeed's presence on the Panama Papers is not as certain as that demonstrated with other BGCP/Cantor entities and individuals described herein, the company's close relationship with these entities, as well as the odd mechanics of the 2013 sale to NASDAQ OMX, raises questions about its own possible role in tax evasion and money laundering.

**EXHIBIT A TO COMPLAINT**

**Tim O'Leary on The Panama Papers**

32.    Tim O'Leary appears to have at least one entity on the ICIJ database. He and his wife Klara are officers of a UK-based company called O'Leary Options Limited, incorporated in 2010.[63] O'Leary Options (Bahamas) Limited, found on the ICIJ database, was incorporated in September 2015.[64] The striking similarity in the names of these two companies, the close relationship between O'Leary and Aubin—and Aubin's possible involvement in money laundering—and also the lengths to which O'Leary has gone to destroy DOE's career, makes this particular lead especially significant.[65]

**Ronin Capital's Corporate Structures and Associations with Cyprus**

33.    Ronin, a small market maker firm, has expanded into territories that appear unrelated to its business, mimicking BGCP/Cantor's geographic footprint, with locations in Hong Kong, Singapore, and Europe. More importantly, Ronin and BGCP/Cantor's corporate structures have affiliated parties in common, particularly directors. These directors have ties to entities in Cyprus, namely the Inter Jura companies. Inter Jura and Cypriot lawyer Dr. Kypros Chrysostomides aided Paul Manafort in his money laundering activities involving pro-Russian interests in Ukraine, for which he was recently convicted in a U.S. federal court.

34.    Ronin Capital's FINRA Broker Check report states that the firm is largely owned by Zen Holdings, LLC ("Zen") and John Springs Stafford III its CEO.[66] Organization affiliates include Ronin International, LLC, based in the Cayman Islands, Ronin HK Limited (formerly

---

[63] *See* https://beta.companieshouse.gov.uk/company/07236421/officers; *see also* https://suite.endole.co.uk/insight/company/07236421-o-leary-options-limited.

[64] *See* https://offshoreleaks.icij.org/nodes/20175098 and http://panama.data2www.com/e/20175098.

[65] DOE can also provide more data regarding a possible connection between GSO Corporate Services Ltd., of which O'Leary Options (Bahamas) Limited is an intermediary on the ICIJ database. That entity may be connected to Albany Bahamas, the company that sold O'Leary his residential property in the Caribbean.

[66] *See* Ronin's Broker Check record, attached as **Addendum Exhibit 2**. Stafford shares ownership of this firm with his father John Stafford, Jr., who originally founded it.

**EXHIBIT A TO COMPLAINT**

Ronin Trading HK Limited) in Hong Kong, Ronin Capital UK Limited, Ronin Trading, LLC, Ronin Trading Europe LLP, and Ronin Trading UK, LLP. The last two have shared officers in common, Tim O'Leary (via O'Leary Options Limited and a company called Praha 8) and a company called Berwick Trading Limited that has ties to Inter Jura in Cyprus.[67]

35.　　Berwick Trading Limited, at one time sharing a registered office address at 35 Ballards Lane in London with O'Leary Options Limited and Praha 8, has also shared officers with various entities of Ronin, including Antonio Luis Antem Azpeitia and Andrew Simon Davis.[68] Azpeitia has been an officer of Ronin Trading Europe, LLP and Ronin Trading UK, LLP.[69] Andrew Simon Davis has 4,867 officer appointments on the Companies House corporate registry in the UK.[70] Davis has also shared directorship duties for a UK company called Racecost Limited with Inter Jura (CY) Directors Limited, based at 1 Lampousas Street, Nicosia, 1095, Cyprus.[71]

36.　　BGCP subsidiary Jadestone Consultants Limited, a tax accountancy and bookkeeping firm based in Cyprus, also has Inter Jura CY (Directors) Limited, Inter Jura CY (Management) Limited, and Inter Jura (Services) Limited on its board of directors. The controlling company is BGCP[72] Such structure, in which BGCP is the controlling entity but the directors are all Inter Jura companies, mimics that of the front company Paul Manafort used in laundering funds.[73] Also noteworthy is the presence of the various Inter Jura entities on the Panama Papers.

---

[67] *See* https://beta.companieshouse.gov.uk/company/OC356274/officers and https://beta.companieshouse.gov.uk/company/OC340918/officers, respectively. Note that, just as with O'Leary Options Limited discussed above, Tim O'Leary's wife Klara has also been an officer of Praha 8.

[68] *See* https://beta.companieshouse.gov.uk/company/06982742/officers.

[69] *See* https://www.linkedin.com/in/antonio-antem-982a438/.

[70] *See* https://beta.companieshouse.gov.uk/officers/LQ_FXmuiSA4f8cOGJqrodQhnS74/appointments.

[71] *See* https://beta.companieshouse.gov.uk/company/06822518/officers. Inter Jura (CY) Directors Limited is housed at the same street address in Cyprus as Dr. Chrysostomides' law firm.

[72] *See* http://google.brand.edgar-online.com/efxapi/EFX_dll/EDGARpro.dll?FetchFilingHtmlSection1?SectionID=11221547-1545392-1572307&SessionID=HTz3eC3uBsmQlX7, and https://opencorporates.com/companies/cy/HE243870.

[73] *See* https://www.nbcnews.com/card/gates-says-manafort-used-offshore-accounts-move-money-u-s-n898321.

**EXHIBIT A TO COMPLAINT**

Inter Jura CY (Directors) Limited, Inter Jura CY (Management) Limited, Inter Jura CY (Services) Limited, can all be found there, along with the Cypriot lawyer Kypros Chrysostomides.[74]

37.    John Stafford's firm Ronin Capital Trading, UK, LLP has ties to a Lithuanian bank, Lietuvos Banka, which also has apparent connections to Cyprus and to Russian organized crime. Nicholas Dutton, a compliance and operations manager of Ronin Capital Trading UK, LLP from 2010 to 2012, still appears on the bank's website.[75] Lietuvos Banka has also been connected to what appears a namesake of Ronin Trading Europe, LLP, a firm called Ronin Europe Limited.[76] Also known as Ronin (Europe) Limited, that firm is based in Limassol, Cyprus, and, according to its Bloomberg Company Overview, "provides brokerage, electronic trading, and asset management services for the non-resident clients in the Russian Federation."[77] Ronin (Europe) Limited appears on the Panama Papers, with a registered office in Malta, and is a shareholder of a trust company in the Seychelles.[78] A Russian national named Tatjana Elkina, GM and Executive Director of Ronin Europe Limited, is listed on Lietuvos Banka's website at 3 Pythagoras Street in Limassol, Cyprus. Ronin Europe Limited has been implicated in criminal activity associated with Russian energy company Transneft and other entities tied to Russian organized crime.[79]

38.    Lietuvos Banka is also connected to a company called Met Zurich, LLP, run by Ashley Peter Pover, a former managing director at Cantor Fitzgerald.[80] Mr. Pover and his firm are

---

[74]    *See* https://offshoreleaks.icij.org/nodes/12015285, https://offshoreleaks.icij.org/nodes/12018092, https://offshoreleaks.icij.org/nodes/38520, and https://offshoreleaks.icij.org/nodes/11002578.

[75]    *See* https://www.lb.lt/lt/finansu-rinku-dalyviai/ronin-trading-uk-llp, and https://www.linkedin.com/in/nick-dutton-2689273/.

[76]    *See* https://www.lb.lt/en/sfi-financial-market-participants/ronin-europe-limited.

[77]    *See* https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=54072274.

[78]    *See* https://offshoreleaks.icij.org/nodes/55056640 and https://www.lb.lt/en/sfi-financial-market-participants/ronin-europe-limited.

[79]    https://www.occrp.org/en/component/content/article?id=5917:pals-prosper-from-proximity-to-putin-s-power.

[80]    *See* https://beta.companieshouse.gov.uk/company/OC347297/officers. Pover was also a director of Cantor Fitzgerald Europe, mentioned above.

**EXHIBIT A TO COMPLAINT**

listed on the bank's website.[81] Tower Bridge (One) Limited, mentioned above, is an active limited liability partner of Met Zurich, LLP, according to that firm's entry on Companies House in the UK, footnoted above. Daniel Benjamin Kessler, an officer of Met Zurich, LLP and other affiliates including Met Options Limited, keeps a correspondence address at 35 Ballards Lane in London, just like Berwick Trading Limited, O'Leary Options Limited, and Praha 8, discussed above.[82]

39.    Lietuvos Banka is also connected to Paris-based BGC Aurel, BGC Brokers, L.P., where DOE first worked in London, and BGC International (formerly Cantor Fitzgerald International).[83] Jean-Pierre Aubin has been a top executive of Aurel BGC in France, a BGCP subsidiary, for several years.

40.    What is most important about the foregoing is that companies and personnel Ronin CEO John Stafford III controls have shared connections with entities also tied to BGCP/Cantor, and the same financial institutions that Cypriot and Russian money launderers, and Americans recently prosecuted and convicted in U.S. federal courts, have used to commit their crimes.

41.    It is also significant that the former Soviet Baltic states have been under investigation by U.S. and other nations' authorities for money laundering. More recent developments at Danske Bank's branch in Estonia and the like make it very hard for one to regard the foregoing facts regarding Ronin and its affiliated companies – and BGCP/Cantor – as mere coincidence.[84]

---

[81] *See* https://www.lb.lt/en/sfi-financial-market-participants/met-zurich-llp.

[82]    *See*    https://beta.companieshouse.gov.uk/company/08901124    and    https://beta.companieshouse.gov.uk/company/08901124/officers.

[83] *See* https://www.lb.lt/en/search?query=BGC+.

[84]    *See*    https://www.nytimes.com/2018/10/04/business/danske-bank-us-investigation.html?partner=applenews&ad-keywords=APPLEMOBILE&region=written_through&asset_id=100000006136803    and https://business.financialpost.com/news/fp-street/1-trillion-flowed-through-estonia-dwarfing-danske-bank-scandal.

**EXHIBIT A TO COMPLAINT**

42.     Antonio Luis Antem Azpeitia, mentioned above as a director of two Ronin companies including Ronin Trading UK, LLP, has shared directorship duties with several Russian nationals at Norvik Asset Management, LLP.[85] Ronin Trading UK, LLP saw the departure of its top AML officer, David Jan Dohmen, in January 2017.[86] Ronin Capital UK Limited is no longer authorized to provide regulated products and services, according to the FCA.[87] John Stafford is listed as a person with significant control of that firm; his general counsel, James Griffin, is a director.[88]

### Other BGCP/Cantor Companies Connected to Cyprus and Inter Jura

43.     In July 2016, BGCP executives Defendant Lynn and Aubin led the acquisition of a set of companies collectively known as "Sunrise Brokers Group."[89] The main company, Sunrise Brokers, LLC, a FINRA member firm, provides equity and equity derivatives, corporate debt, and government debt trading services to other broker-dealers.[90] According to its FINRA Broker Check record, a Cypriot company called SBL Sunrise Brokers Limited owns more than 50% of Sunrise Brokers, LLC, and "directs the management or policies of the firm."[91] Just like BGCP subsidiary Jadestone Consultants Limited, discussed above, a firm also based in Cyprus, SBL Sunrise Brokers

---

[85] *See* https://beta.companieshouse.gov.uk/company/OC334492/officers.

[86] *See* https://register.fca.org.uk/ShPo_individualdetailsPage?id=003b000000LW2utAAD.

[87] *See* https://register.fca.org.uk/ShPo_FirmDetailsPage?id=001b000000MfWR9AAN.

[88]    *See* https://beta.companieshouse.gov.uk/company/04676229/persons-with-significant-control  and  https://beta.companieshouse.gov.uk/company/04676229/officers.

[89] *See* http://ir.bgcpartners.com/news-releases/news-release-Details/2016/BGC-Partners-Announces-Agreement-to-Acquire-Sunrise-Brokers-a-Leading-Financial-Brokerage-for-Equity-Derivatives/default.aspx.

[90] BGC Financial, L.P. CEO Shawn McLoughlin, to whom DOE first reported possible accounting fraud in January 2016, is also the Chairman of Sunrise Brokers, LLC. Aubin has been FINRA-registered with this firm since 2018, along with BGC Financial, L.P.

[91] *See* **Addendum Exhibit 3**, attached. BGCP subsidiary BGC Partners, L.P. owns or controls about 25% of Sunrise Brokers, LLC.

**EXHIBIT A TO COMPLAINT**

Limited has Inter Jura CY (Directors) Limited, Inter Jura CY (Management) Limited, and Inter Jura (Services) Limited on its board of directors.[92]

44.    Other Sunrise subsidiaries of BGCP listed on the SEC's EDGAR database are Sunrise Brokers (Hong Kong) Ltd., Sunrise Brokers LLC and BGC Sunrise Holdings, L.P., based in Delaware, and Sunrise Brokers LLP and Sunrise Global Brokers Limited based in the UK. SBL Sunrise Brokers Limited, the Cypriot firm described above, is not listed among these subsidiaries.[93]

45.    SBL Sunrise Brokers Limited is partly owned by BGCP/Cantor entity called Prospect Number 71 Limited, according to a 2011 annual return filed at UK Companies House.[94] That entity lists Lutnick as a "person with significant control" on its UK Companies House page.[95] Robert Stevens, discussed above regarding his checkered history with Japanese tax authorities, has shared management roles at variants of both these companies with a person named Barry Ronald Horton. Horton has been Head of Compliance at both Sunrise Global Brokers Limited and Prospect Number 71 Limited, resigning from both positions in December 2016.[96]

46.    Jobridge Holdings Limited, another BGCP-controlled company based in Cyprus, like Jadestone, and also with Inter Jura companies making up its directorship, has significant controlling interest in UK-based Sunrise Global Brokers Limited.[97] According to another source, Jobridge and another BGCP-controlled company called Goseas Holdings Ltd., also based in

---

[92] *See* https://opencorporates.com/companies/cy/HE254153.

[93] *See* http://getfilings.com/sec-filings/170228/BGC-Partners-Inc_10-K/d301046dex211.htm and http://www.secinfo.com/d1fnT1.j2qv.c.htm.

[94] *See* https://beta.companieshouse.gov.uk/company/07108237/filing-history?page=2.

[95]    *See*    https://beta.companieshouse.gov.uk/company/07108237/persons-with-significant-control.    Others    "in significant control" of Prospect Number 71 Limited include BGC European GP Limited, where Yves Leysen and Andre Andreou were once directors.

[96]    *See*    https://beta.companieshouse.gov.uk/company/07467906/officers    and    https://beta.companieshouse.gov.uk/officers/B19I5hSxVBsZv0POgMTPUqm6RKU/appointments.

[97] *See* https://opencorporates.com/companies/cy/HE271304.

**EXHIBIT A TO COMPLAINT**

Cyprus and with Inter Jura companies on its directorship, hold 592,000 and 333,000 shares, respectively.[98] Mark Snelling, referenced above, is an active corporate officer of Sunrise Global Brokers Limited and likely has close dealings with these controlling entities and with Inter Jura.[99]

47.     Other Cantor Fitzgerald entities connected to or based in Cyprus are Cantor Fitzgerald Nominees (Cyprus) Limited, Cantor Fitzgerald (Cyprus) Limited, Cantor Fitzgerald Investment (Cyprus) Limited, and Cantor Management Limited. These companies all share in common a management structure consisting of Lutnick, Amaitis, and Stephen Merkel, General Counsel and Secretary of BGCP.[100] Amaitis and Merkel are among Lutnick's closest associates and operate in his innermost circle. These companies also all use what is called Seaward Services Limited ("Seaward Services") as secretary, a company with an address at Grigori Afxentiou, 27, 6021, Larnaka, Cyprus. Seaward Services is on the ICIJ database.[101]

**Yves Leysen and Connections to Russian Oligarchs**

48.     As described in the Complaint, BGCP's retaliation against DOE appears to have begun in earnest with his innocent reference to a former BGC Europe GP Limited director named Yves Leysen in September 2015. Until he researched Leysen, DOE could not understand why, the day after he mentioned Leysen to BGCP President Shaun Lynn, he was offered "an exit" from BGC Financial, and why Aubin subsequently threatened to fire him if he "didn't shut up."

---

[98] *See* https://uk.globaldatabase.com/company/sunrise-global-brokers-limited. *See also* https://opencorporates.com/companies/cy/HE270893.

[99] *See* https://beta.companieshouse.gov.uk/company/07467906/officers.

[100] The first three have been dissolved; only Cantor Management Limited remains active.

[101] *See* https://offshoreleaks.icij.org/nodes/120007103. Apparently, the 6021 postal code is the correct one for this entity though the ICIJ entry has it as 6206. Google Maps only brings up the address featuring the 6021 postal code when one clicks the corresponding address from ICIJ link.

**EXHIBIT A TO COMPLAINT**

49.    Leysen is the Chief Investment Officer of LetterOne, a hedge fund that Russian oligarch Mikhail Fridman launched in 2013.[102] Leysen is also a partner of Pamplona Capital Management ("Pamplona").[103] Created by Russian billionaire Alexander Knaster, who has long worked for Fridman and Alfa Bank, Pamplona is where Fridman and his associates place much of the profits from their various businesses operating as part of the Russian conglomerate Alfa-Group.[104] A company called Pamplona PE Investments Holding Limited, registered in Malta, is on the ICIJ database.[105] Another Maltese company called Pamplona PE Investments Holding Limited II, is also on the ICIJ database, this one with Alexander Knaster listed as a shareholder.[106] An affiliate of Mikhail Fridman's Genesis Philanthropy Group, in part founded by Russian billionaire Stanislav Polovets, Genesis Foundation Trust Ltd., is also on the Panama Papers, with Polovets listed as a director.[107]

50.    The latest Panama Papers-related information DOE has uncovered involves BGCP's acquisition in November 2018 of a 100% interest in Poten & Partners, a ship brokerage and consulting company.[108] This company and its Chairman Emeritus, Michael D. Tusiani, are also on the ICIJ database.[109]

---

[102] For history on Mr. Fridman see https://en.wikipedia.org/wiki/Mikhail_Fridman. More recently, a Dutch subsidiary of Fridman's Alfa Bank, was raided by tax authorities relating to suspicions of money laundering. See also https://uk.reuters.com/article/uk-netherlands-russia-bank/dutch-subsidiary-of-russias-alfa-bank-raided-in-money-laundering-inquiry-idUKKBN1E7105?il=0.

[103] *See* https://www.letterone.com/our-businesses/l1-treasury/l1-treasury-team/yves-leysen/ and https://www.linkedin.com/in/yves-leysen-14007226/.

[104] *See* more history on Knaster at https://en.wikipedia.org/wiki/Alexander_Knaster.

[105] *See* https://offshoreleaks.icij.org/nodes/55042195.

[106] *See* https://offshoreleaks.icij.org/nodes/55068092.

[107] *See* https://offshoreleaks.icij.org/nodes/82022355.

[108] *See* https://www.prnewswire.com/news-releases/bgc-partners-acquires-poten--partners-a-leading-ship-brokerage-and-consulting-company-300751986.html.

[109] *See* https://offshoreleaks.icij.org/nodes/81068024.

**EXHIBIT A TO COMPLAINT**

**Deutsche Bank Revisited**

51.    The November 29, 2018 German police raid on Deutsche Bank's headquarters in Frankfurt demonstrates that a major financial institution's presence on the Panama Papers supports regulators' suspicions as reasonable. This, combined with a history of other AML infractions and prosecution for money laundering, further supports such suspicions. Not only does BGCP/Cantor follow a pattern like Deutsche Bank's, particularly with CG Technology in Las Vegas, but, as one reviews the myriad connections between and among BGCP/Cantor, Ronin, and Deutsche Bank described herein, and referenced in the Complaint, DOE's reasonable belief that Defendants and their affiliates are also involved in money laundering gains even more support.[110] A review of the term "Deutsche Bank" appearing herein and in the Complaint will refresh the reader's memory of the connections between and among Defendants and Deutsche Bank.

52.    Regarding also the recent $204 million fine imposed on Deutsche Bank by the British FCA for the illegal transfer of $10 billion out of Russia, in tandem with the penalties recently imposed by the New York Department of Financial Services,[111] that agency remarked that "the way billions of dollars were transferred into overseas bank accounts in places like Cyprus, Estonia and Latvia was highly suggestive of financial crime."[112] The same can be said of BGCP, Cantor Fitzgerald, Ronin, and their subsidiaries and affiliates, as described above.

53.    Considering Defendants' connections to Deutsche Bank, and the recent hiring of former Deutsche Bank co-CEO Anshu Jain as President of Cantor Fitzgerald, O'Leary's admission that he defamed DOE to Deutsche Bank in May 2016—a month after the publication of the Panama

---

[110] *See* https://www.theguardian.com/business/2018/nov/29/deutsche-bank-offices-raided-connection-with-panama-papers and https://www.nytimes.com/2018/11/29/business/deutsche-bank-money-laundering-raid.html.

[111] In January 2017 the New York State Department of Financial Services ("NY DFS") fined Deutsche Bank AG $425 million for AML compliance deficiencies that allowed the bank's traders and offshore entities to illegally transfer $10 billion out of Russia via "mirror trades."

[112] *See* https://money.cnn.com/2017/01/31/investing/deutsche-bank-us-fine-russia-money-laundering/index.html.

**EXHIBIT A TO COMPLAINT**

Papers—takes on new significance. Jain left Deutsche Bank in 2015 amid scandals in which the firm was forced to pay massive fines to authorities on both sides of the Atlantic over money laundering, as well as pleading guilty to criminal charges in the U.S.

54.     On June 7, 2019, Jain was added to the list of suspects in an ongoing German criminal probe of Deutsche Bank's Cum-Ex tax deals. The deals being reviewed by Cologne prosecutors took place roughly between 2007 and 2012, overlapping the period when Jain was responsible for the London-based investment-banking arm of Deutsche Bank.[113]

55.     On June 19, 2019, the New York Times reported that Deutsche Bank is now facing criminal investigation in the United States for its lapses in AML compliance.[114]

56.     Why DOE faced such extreme and protracted retaliation from BGCP/Cantor and Ronin, directed by Lynn and/or Lutnick and Stafford and continuing to date, may be explained at least in part by the foregoing. Recent regulatory actions, particularly against Deutsche Bank, demonstrate that DOE's suspicions about Defendants were reasonable. Defendants' ongoing attempts ruin DOE's career after he reported his findings to regulators are a dead giveaway.[115]

**A Final Note Regarding BGC Partners, Inc., the Panama Papers, and Russia**

57.     Most recently, DOE researched BGCP subsidiary BGC Partners CIS ("Commonwealth of Independent States"), LLC, at 4A floor, rooms 5-9, Sector A, Smolenskaya Square, 3, 121099, Moscow City, Russia, and found an entity listed on the ICIJ database called LLC Global, PS housed in the same building. This ICIJ database node can be viewed at https://offshoreleaks.icij.org/nodes/81027346. Such raises questions about BGCP's more direct

---

[113]    *See*     https://www.theedgemarkets.com/article/deutsche-banks-ritchie-named-probe-also-targets-jain     and https://www.nytimes.com/reuters/2019/06/07/business/07reuters-germany-dividenstripping-deutsche-bank.html.

[114] *See* **Addendum Exhibit 4**, attached.

[115] It is worth noting again here that in December 2018, DFS fined Barclays Bank, PLC $15 million for its CEO's campaign to identify a whistleblower in violation of firm policies and procedures.

**EXHIBIT A TO COMPLAINT**

contacts with Russian entities involved in money laundering and other related organized crime, and the company's motivations for blacklisting DOE from the securities industry in order to silence him.

**EXHIBIT A TO COMPLAINT**

# ADDENDUM EXHIBIT 1

SEQLOIA TREUHAND TRUST REG

Brintamos Group S.A.
Intermediary of
shareholder of

shareholder of  AUBIN SECURITIES LIMITED
STG Holdings Limited
shareholder of
similar name and address as

STG Holdings Limited

Spile Services Ltd.

COTAM ENTERPRISES LTD.

YEHUDA SAMUELS

Rikma Limited

CAPITAL ONLINE INC
PROPERTY LIMITED INVESTMENTS LTD.
Mak...

SOLUTE GROUP COMPANY LTD

COLECO INTERNATIONAL LTD.

INTERGLOBAL COSTRUCTION CONSULTING INC

FORWARD ONE LIMITED

Quantum Corp Serv Ltd

Mossack Fonseca & Co. (B.V.I.)
Trustees for Namar Trust

BGC Securities (Hong Kong) LLC;
64th Floor Two International
Finance Centre; 8 Finance Street;
Central Hong Kong

Bryan Coyne

Schindlers reg. as Trustee

Colin Richard Greff

Quantum Corp Serv Ltd

Sun Wireless International Limited
shareholder of
shareholder of
shareholder of

QUANTUM CORPORATION

Colin Richard Greff
Colin Richard Greff

Schindlers reg. as Trustee
Milano Trust

beneficiary of
intermediary of

CAPSTAR INTERNATIONAL HOLD FP INC

registered address

AKARA BLDG; 24 DE CASTRO STREET;
WICKHAMS CAY; ROAD TOWN; TORTOLA;

registered address

SAN FRANCISCO MANAGING PARTNERS LTD

VENDOME NOMINEES SERVICES S.A.

Owsley International Financial

MACAGU INC.

TOMAS CONSOLIDATED

PICO INVESTMENTS PV LTD

OL&M BUSINESS INTERNATIONAL INC

YING YON HOLDINGS INTERNATIONAL LIMITED
JOB SYS JOB INVESTMENT LIMITED
VAN SAR GROUP LIMITED

Brintamos Group S.A.

# ADDENDUM EXHIBIT 2



**BrokerCheck Report**

## RONIN CAPITAL, LLC

CRD# 118428

| **Section Title** | **Page(s)** |
| --- | --- |
| Report Summary | 1 |
| Firm Profile | 2 - 8 |
| Firm History | 9 |
| Firm Operations | 10 - 18 |
| Disclosure Events | 19 |



## About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.





Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org

For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

- **What is included in a BrokerCheck report?**

  BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.

  Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

- **Where did this information come from?**

  The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:

  o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  o information that regulators report regarding disciplinary actions or allegations against firms or brokers.

- **How current is this information?**

  Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.

- **What if I want to check the background of an investment adviser firm or investment adviser representative?**

  To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.

- **Are there other resources I can use to check the background of investment professionals?**

  FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.

**Thank you for using FINRA BrokerCheck.**

www.finra.org/brokercheck

User Guidance



FINra

# RONIN CAPITAL, LLC

CRD# 118428

SEC# 8-53655

**Main Office Location**

350 N. ORLEANS STREET
SUITE 2N
CHICAGO, IL 60654

**Mailing Address**

350 N. ORLEANS STREET
SUITE 2N
CHICAGO, IL 60654

**Business Telephone Number**

312-244-5000

# Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

## Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 10/22/2001.

Its fiscal year ends in December.

## Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

## Firm Operations

**This firm is registered with:**

- the SEC
- 1 Self-Regulatory Organization
- 1 U.S. state or territory

Is this brokerage firm currently suspended with any regulator? **No**

This firm conducts 5 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm does not have referral or financial arrangements with other brokers or dealers.

## Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

Are there events disclosed about this firm?    **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Regulatory Event | 25 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

1

www.finra.org/brokercheck

User Guidance



# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 10/22/2001.

Its fiscal year ends in December.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**RONIN CAPITAL, LLC**
**Doing business as RONIN CAPITAL, LLC**
**CRD#**  118428
**SEC#**  8-53655

**Main Office Location**
350 N. ORLEANS STREET
SUITE 2N
CHICAGO, IL  60654

**Mailing Address**
350 N. ORLEANS STREET
SUITE 2N
CHICAGO, IL  60654

**Business Telephone Number**
312-244-5000

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

# FINRA

## Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | ZEN HOLDINGS, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | MEMBER |
| **Position Start Date** | 01/2004 |
| **Percentage of Ownership** | 50% but less than 75% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | STAFFORD, JOHN SPRINGS III |
| | 2366359 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF EXECUTIVE OFFICER |
| **Position Start Date** | 10/2001 |
| **Percentage of Ownership** | 10% but less than 25% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | WOLO CAPITAL, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | MEMBER |
| **Position Start Date** | 06/2018 |
| **Percentage of Ownership** | 5% but less than 10% |

©2019 FINRA. All rights reserved. Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck
User Guidance

**Firm Profile**

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | ANSATZ HOLDINGS LLC |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Position | MEMBER |
| Position Start Date | 03/2018 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BURDA, AGNIESZKA |
| | 4832368 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF COMPLIANCE OFFICER |
| Position Start Date | 02/2002 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | CHERVITZ, KERI S |
| | 2875647 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck
User Guidance

# Firm Profile

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | COMPLIANCE MANAGER |
| Position Start Date | 06/2012 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | DAI, ERIC |
| | 5880944 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF OPERATING OFFICER |
| Position Start Date | 04/2013 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | FAIRWAY TRADING, LLC |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Position | MEMBER |
| Position Start Date | 03/2018 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | No |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck
User Guidance

**Firm Profile**

## Direct Owners and Executive Officers (continued)

Is this a public reporting company?    No

| | |
|---|---|
| **Legal Name & CRD# (if any):** | GALIN, JONATHAN BRETT |
| | 1597276 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF RISK OFFICER |
| **Position Start Date** | 05/2012 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | HUERTA, KELLY JO |
| | 4889908 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | FINANCIAL AND OPERATION PRINCIPAL |
| **Position Start Date** | 04/2006 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | POOLER, ROBERT EDWARD JR |
| | 2817263 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF FINANCIAL OFFICER |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



User Guidance

www.finra.org/brokercheck

**Firm Profile**

## Direct Owners and Executive Officers (continued)

**Position Start Date**          02/2013

**Percentage of Ownership**      Less than 5%

**Does this owner direct the
management or policies of
the firm?**                      Yes

**Is this a public reporting
company?**                       No

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck
User Guidance

# Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.

## Indirect Owners

| Legal Name & CRD# (if any): | STAFFORD, JOHN SPRINGS III |
| --- | --- |
| | 2366359 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Company through which indirect ownership is established | ZEN HOLDINGS, LLC |
| Relationship to Direct Owner | MANAGER |
| Relationship Established | 01/2004 |
| Percentage of Ownership | 25% but less than 50% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| Legal Name & CRD# (if any): | STAFFORD, JOHN SPRINGS JR |
| --- | --- |
| | 2345767 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Company through which indirect ownership is established | ZEN HOLDINGS, LLC |
| Relationship to Direct Owner | MANAGER |
| Relationship Established | 01/2004 |
| Percentage of Ownership | 25% but less than 50% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



User Guidance

www.finra.org/brokercheck

# Firm History

This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

**This firm was previously:** RONIN CAPITAL, LLC

**Date of Succession:** 10/22/2001

**Predecessor CRD#:** 118428

**Predecessor SEC#:** 8-53655

**Description** CORRECTION OF A TYPO, THE FORMATION DATE WAS CORRECTED TO SHOW 10/22/2001 INSTEAD OF 10/23/2001

www.finra.org/brokercheck

User Guidance

FINra

## Firm Operations

## Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 1 SRO and 1 U.S. state or territory.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 01/18/2002 |

## SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:    Yes

A broker-dealer and government securities broker or dealer:    Yes

A government securities broker or dealer only:    No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| Cboe Exchange, Inc. | Approved | 12/07/2001 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

User Guidance

## Firm Operations

## Registrations (continued)

| U.S. States & Territories | Status | Date Effective |
|---|---|---|
| Illinois | Approved | 04/08/2002 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINPa

## Firm Operations

### Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 5 types of businesses.**

### Types of Business

Exchange member engaged in floor activities

Broker or dealer making inter-dealer markets in corporation securities over-the-counter

U.S. government securities dealer

Put and call broker or dealer or option writer

Trading securities for own account

### Other Types of Business

This firm does effect transactions in commodities, commodity futures, or commodity options.

This firm does not engage in other non-securities business.

Non-Securities Business Description:

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINRA

13

## Firm Operations

### Clearing Arrangements

**This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

### Introducing Arrangements

**This firm does not refer or introduce customers to other brokers and dealers.**

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

# FINʁɑ

## Firm Operations

## Industry Arrangements

**This firm does not have books or records maintained by a third party.**

**This firm does have accounts, funds, or securities maintained by a third party.**

**Name:** ABN AMRO CLEARING CHICAGO LLC

**CRD #:** 14020

**Business Address:** 175 W. JACKSON BLVD.
SUITE 400
CHICAGO, IL 60604

**Effective Date:** 05/05/2010

**Description:** ABN AMRO CLEARING CHICAGO LLC CLEARS THE ACCOUNTS OF
RONIN CAPITAL, LLC

**Name:** SOCIÉTÉ GÉNÉRALE CAPITAL CANADA INC.

**Business Address:** EXCHANGE TOWER 130 KING STREET WEST SUITE 580
P.O BOX 86
TORONTO, ONTARIO, CANADA M5X 1B1

**Effective Date:** 08/12/2008

**Description:** SOCIÉTÉ GÉNÉRALE CAPITAL CANADA INC. CLEARS THE ACCOUNTS
OF RONIN CAPITAL, LLC

**Name:** GOLDMAN, SACHS & CO.

**CRD #:** 361

**Business Address:** 71 SOUTH WACKER DRIVE
SUITE 500
CHICAGO, IL 60606

**Effective Date:** 03/14/2016

**Description:** GOLDMAN SACHS & CO CLEARS THE ACCOUNTS OF THE APPLICANT.
THE APPLICANT'S CLEARING ARRANGEMENT WAS ASSIGNED TO
GOLDMAN SACHS & CO, EFFECTIVE 03/14/16. PRIOR TO THIS
ASSIGNMENT, THE CLEARING ARRANGEMENT HAD BEEN WITH
GOLDMAN SACHS EXECUTION & CLEARING, LP (EFFECTIVE DATE
01/14/2005).

**This firm does not have customer accounts, funds, or securities maintained by a third party.**

## Control Persons/Financing

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

14

User Guidance

**FINRA**

**Firm Operations**

## Industry Arrangements (continued)

This firm does not have individuals who control its management or policies through agreement.

This firm does not have individuals who wholly or partly finance the firm's business.

©2019 FINRA. All rights reserved.　　Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck



User Guidance

# Firm Operations

## Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is, directly or indirectly:**

· in control of

· controlled by

· or under common control with

**the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.**

**RONIN CAPITAL HK LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 27/F ALEXANDRA HOUSE<br>18 CHATER ROAD<br>CENTRAL, HONG KONG SAR |
| **Effective Date:** | 11/05/2018 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG SAR |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | RONIN CAPITAL HK LIMITED IS UNDER COMMON CONTROL WITH RONIN CAPITAL, LLC. IT IS IN THE PROCESS OF REGISTERING WITH THE SECURITIES & FUTURES COMMISSION OF HONG KONG, AND WHEN IT IS REGISTERED, THERE WILL BE SECURITIES ACTIVITIES. THIS ENTRY WILL BE AMENDED AT THAT TIME. |

**RONIN TRADING, LLC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 350 N. ORLEANS STREET, SUITE 2N<br>CHICAGO, IL 60654 |
| **Effective Date:** | 06/11/2013 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | RONIN TRADING, LLC IS UNDER COMMON CONTROL WITH RONIN CAPITAL, |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck
User Guidance

**FINRA**

## Firm Operations

## Organization Affiliates (continued)

LLC.  BOTH FIRMS ARE MAJORITY OWNED BY ZEN HOLDINGS, LLC.

**RONIN TRADING EUROPE LLP is controlled by the firm.**

| | |
|---|---|
| **Business Address:** | TRICOR SUITE, 4TH FLOOR<br>50 MARK LAKE<br>LONDON, UK  EC3R 7QR |
| **Effective Date:** | 07/07/2010 |
| **Foreign Entity:** | Yes |
| **Country:** | ENGLAND AND WALES |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | RONIN TRADING EUROPE LLP IS CONTROLLED BY THE APPLICANT. |

**RONIN TRADING UK LLP is controlled by the firm.**

| | |
|---|---|
| **Business Address:** | TRICOR SUITE, 4TH FLOOR<br>50 MARK LAKE<br>LONDON, UK  EC3R 7QR |
| **Effective Date:** | 05/11/2009 |
| **Foreign Entity:** | Yes |
| **Country:** | ENGLAND AND WALES |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | RONIN TRADING UK LLP IS COTROLLED BY THE APPLICANT. |

**RONIN PROFESSIONAL LLC is controlled by the firm.**

| | |
|---|---|
| **CRD #:** | 140802 |
| **Business Address:** | 350 N. ORLEANS STREET<br>SUITE 2N<br>CHICAGO, IL  60654 |
| **Effective Date:** | 04/26/2006 |
| **Foreign Entity:** | No |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck
User Guidance

**FINRA**

## Firm Operations

### Organization Affiliates (continued)

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** RONIN PROFESSIONAL LLC (FORMERLY DART EXECUTIONS, LLC - NAME CHANGE 2/28/18) IS A WHOLLY OWNED SUBSIDIARY OF RONIN CAPITAL, LLC

**This firm is not directly or indirectly, controlled by the following:**

· bank holding company
· national bank
· state member bank of the Federal Reserve System
· state non-member bank
· savings bank or association
· credit union
· or foreign bank

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

# Disclosure Events

All firms registered to sell securities or provide investment advice are required to disclose regulatory actions, criminal or civil judicial proceedings, and certain financial matters in which the firm or one of its control affiliates has been involved. For your convenience, below is a matrix of the number and status of disclosure events involving this brokerage firm or one of its control affiliates. Further information regarding these events can be found in the subsequent pages of this report.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 25 | 0 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FIN۱a

## Disclosure Event Details

**What you should know about reported disclosure events:**

1. **BrokerCheck provides details for any disclosure event that was reported in CRD. It also includes summary information regarding FINRA arbitration awards in cases where the brokerage firm was named as a respondent.**

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   o A law enforcement agency must file formal charges before a brokerage firm is required to disclose a particular criminal event.

3. **Disclosure events in BrokerCheck reports come from different sources:**
   o Disclosure events for this brokerage firm were reported by the firm and/or regulators. When the firm and a regulator report information for the same event, both versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.

4. **There are different statuses and dispositions for disclosure events:**
   o A disclosure event may have a status of *pending, on appeal,* or *final.*
     § A "pending" event involves allegations that have not been proven or formally adjudicated.
     § An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     § A "final" event has been concluded and its resolution is not subject to change.
   o A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     § An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     § A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     § A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

5. **You may wish to contact the brokerage firm to obtain further information regarding any of the disclosure events contained in this BrokerCheck report.**

## Regulatory - Final

This type of disclosure event involves (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulator such as the U.S. Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of the authority of a brokerage firm or its control affiliate to act as an attorney, accountant or federal contractor.

**Disclosure 1 of 25**

**Reporting Source:** Regulator

**Current Status:** Final

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

21

User Guidance

www.finra.org/brokercheck

**Allegations:**

WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT ON FIVE OCCASIONS BETWEEN AUGUST 22, 2014 AND AUGUST 25, 2014, THE FIRM ENGAGED IN A PATTERN IN WHICH IT ENTERED A LARGE NUMBER OF CANCELLATION-REPLACE AND MODIFICATION MESSAGES RELATED TO ODD-LOT ORDERS IN A SECURITY AT THE SAME PRICE WITH FEW EXECUTIONS. THE EXCESSIVE MESSAGES WERE INITIATED BY AN ALGORITHM OPERATED BY THE FIRM'S EXCHANGE TRADED FUNDS (ETFS) MARKET MAKING GROUP, WHICH OPERATED A TRADING STRATEGY WHEREBY IT GENERATED ORDERS THAT ARE PRICED TO EXECUTE AGAINST THE BEST BID OR OFFER AND SIZE DISPLAYED ON NASDAQ. IF THE ORDER IS NOT EXECUTED, THE STRATEGY WILL REEXAMINE THE MARKET DATA TO DETERMINE THE BEST BID OR OFFER DISPLAYED BY NASDAQ AND EITHER MODIFY THE ORDER PRICE TO HIT THE DISPLAYED BID OR OFFER OR CANCEL THE ORDER. IN EACH INSTANCE, THE RELEVANT ORDERS WERE "PRICE-TO-COMPLY" ORDERS, WHICH IS A NON-ROUTABLE ORDER THAT IS "PRICE SLID" TO COMPLY WITH THE REGULATION NMS ORDER PROTECTION RULE AND LOCKED AND CROSSED MARKET RULE. ACCORDINGLY, BUY ORDERS WILL BE PRICED AT THE INSIDE OFFER AND SELL ORDERS WILL BE PRICED AT THE INSIDE BID RATHER THAN BEING EXECUTED AGAINST NATIONAL BEST BID AND OFFER (NBBO) ON AN AWAY MARKET. IF THE MARKET MOVES, THE ORDER WILL BE RE-PRICED TO THE NEW INSIDE. DURING THE REVIEW PERIOD, THE FIRM HAD FINANCIAL RISK MANAGEMENT CONTROLS FOR ITS ETF MARKET MAKERS' STRATEGY TO PREVENT THE ENTRY OF ERRONEOUS OR DUPLICATIVE ORDERS BY REJECTING ORDERS THAT EXCEEDED PREDETERMINED PRICE AND/OR SIZE PARAMETERS AND PREVENT THE ENTRY OF AN ORDER IF THERE WERE ALREADY AN ORDER IN THE SAME SYMBOL/SIDE "OPEN" ON THE EXCHANGE. BECAUSE THIS CONTROL ONLY APPLIED TO OPEN ORDERS, IT COULD NOT DETECT THE REPETITIVE CANCEL/REPLACE "LOOPING" ACTIVITY ASSOCIATED WITH THE ABOVE ACTIVITY. AS A RESULT, THE ACTIVITY WENT UNDETECTED BY THE FIRM'S SYSTEMIC CONTROLS. AS A RESULT, THE FIRM VIOLATED SECURITIES EXCHANGE ACT OF 1934 RULES 15C3-5(B) AND (C) AND NASDAQ RULES 3010 AND 2010A. DURING THE REVIEW PERIOD, THE FIRM'S WRITTEN SUPERVISORY PROCEDURES FAILED TO (I) HAVE A PROCESS TO DOCUMENT AND CONFIRM THAT ALL PROCEDURES HAD BEEN FOLLOWED REGARDING THE APPROVAL AND IMPLEMENTATION OF NEW ALGORITHMS; AND (II) FAILED TO ADEQUATELY DESCRIBE ITS REVIEW OF PROHIBITED MANIPULATIVE TRADING PRACTICES. AS A RESULT, THE FIRM VIOLATED SECURITIES EXCHANGE ACT OF 1934 RULES 15C3-5(B) AND NASDAQ RULES 3010 AND 2010A.

**Initiated By:** NASDAQ STOCK MARKET

**Date Initiated:** 09/26/2017

Report about RONIN CAPITAL, LLC

©2019 FINRA. All rights reserved.



www.finra.org/brokercheck

User Guidance

**Docket/Case Number:** 2014042377501

**Principal Product Type:** Other

**Other Product Type(s):** UNSPECIFIED SECURITIES

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:** Acceptance, Waiver & Consent(AWC)

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 09/26/2017

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $72,500.00

**Other Sanctions Ordered:** UNDERTAKING: REVISE ITS CONTROLS AND PROCEDURES TO ADDRESS THE DEFICIENCIES DESCRIBED HEREIN

**Sanction Details:** THE FIRM WAS CENSURED, FINED $72,500 AND UNDERTAKES TO REVISE ITS CONTROLS AND PROCEDURES TO ADDRESS THE DEFICIENCIES DESCRIBED HEREIN.

- - - - - - - - - - - - -

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** IN FIVE INSTANCES ON 8/22/2014 AND 8/25/2014, IT IS ALLEGED THAT RONIN CAPITAL, LLC VIOLATED (1) SEA RULE 15C3-5(B) AND (C) RELATED TO THE TRANSMISSION OF EXCESSIVE QUOTES AND MESSAGES TO NASDAQ AND (2) NASDAQ RULES 3010 AND 2010A BY FAILING TO ESTABLISH, DOCUMENT AND MAINTAIN A SYSTEM OF RISK MANAGEMENT CONTROLS AND SUPERVISORY PROCEDURES REASONABLY DESIGNED TO PREVENT THE ENTRY OF ERRONEOUS OR EXCESSIVE ORDERS.

**Initiated By:** THE NASDAQ STOCK MARKET LLC

**Date Initiated:** 09/26/2017

**Docket/Case Number:** 2014042377501

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck    User Guidance

**FINRA**

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

**Other Sanction(s)/Relief Sought:** FINE

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 09/26/2017

**Sanctions Ordered:** Censure
Monetary/Fine $72,500.00

**Other Sanctions Ordered:** UNDERTAKING: REVISE ITS CONTROLS AND PROCEDURES TO ADDRESS THE DEFICIENCIES DESCRIBED HEREIN

**Sanction Details:** THE FIRM WAS CENSURED, FINED $72,500 AND UNDERTAKES TO REVISE ITS CONTROLS AND PROCEDURES TO ADDRESS THE DEFICIENCIES DESCRIBED HEREIN.

**Disclosure 2 of 25**

**Reporting Source:** Regulator

**Current Status:** Pending

**Allegations:** IT IS ALLEGED THAT RONIN, ON NUMEROUS OCCASIONS, FAILED TO GRANT PRIORITY TO THE HIGHEST BID AND/OR LOWEST OFFER WHEN SUCH BID OR OFFER WAS AVAILABLE.  (VIOLATIONS OF EXCHANGE RULE 6.45B)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 03/07/2017

**Docket/Case Number:** 17-0017/ 20150467107

**Principal Product Type(s):** Options

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

www.finra.org/brokercheck    User Guidance

24

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ALLEGED VIOLATIONS OF EXCHANGE RULES 6.45A - PRIORITY AND ALLOCATION OF EQUITY OPTION TRADES ON THE CBOE HYBRID SYSTEM, AND 6.45B - PRIORITY AND ALLOCATION OF TRADES IN INDEX OPTIONS AND OPTIONS ON ETFS ON THE CBOE HYBRID SYSTEM.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 03/07/2017

**Docket/Case Number:** 15-0022 AND 17-0017/20150442658 AND 20150467107

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 06/25/2018

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** A $2,500 FINE AND A CENSURE.

**Firm Statement** TWO MATTERS WERE CONSOLIDATED AND RESOLVED WITH ONE DECISION. EACH MATTER WAS INITIALLY DISCLOSED SEPARATELY, SO AS A RESULT, THE DECISION IS REPORTED TWICE, ONCE FOR EACH MATTER.

---

**Disclosure 3 of 25**

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** VIOLATION:  RONIN VIOLATED INTERPRETATION AND POLICY .03 TO EXCHANGE RULE 11.1 - EXERCISE OF OPTION CONTRACTS IN THAT ON JULY 24, 2015, DANIEL MALONE, AN ASSOCIATED PERSON OF RONIN, SUBMITTED AN EXERCISE ADVICE TO THE EXCHANGE REFLECTING THE INTENTION TO EXERCISE CERTAIN OPTION CONTACTS PRIOR TO THE NOTIFICATION DEADLINE AND SUBSEQUENTLY FAILED TO EXERCISE THE



User Guidance

www.finra.org/brokercheck

OPTION CONTRACTS.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 12/22/2015

**Docket/Case Number:** 20150466758

**Principal Product Type:** Index Option(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Other

**Resolution Date:** 12/22/2015

**Sanctions Ordered:** Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FINED $5000.

---

**Disclosure 4 of 25**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT IT MISMARKED ORDERS FOR SELL SHORT. THE FINDINGS STATED THAT THE FIRM ON BEHALF OF EDGX, FINRA EXAMINED THE FIRM'S TRADING AND REVIEWED A SAMPLE OF 36 SELL ORDERS ENTERED BY THE FIRM AND FOUND THAT OF THE 36 ORDERS, THE FIRM HAD MISMARKED 34 SELL SHORT ORDERS (94.4 PERCENT) AS LONG. THE FINDINGS ALSO STATED THAT THE FIRM DURING THE EXAMINATION AND THE SUBSEQUENT INVESTIGATION, THE FIRM DISCLOSED THAT A THIRD-PARTY ORDER ROUTER UTILIZED BY THE FIRM HAD MARKED ALL SELL ORDERS SENT BY THAT ROUTER AS LONG. AS A RESULT, FROM JANUARY 4, 2013, WHEN IT BEGAN UTILIZING THAT ROUTER, TO MARCH 6, 2014, WHEN IT CEASED TRANSMITTING SELL ORDERS THROUGH THAT ROUTER, THE FIRM TRANSMITTED 49,172 SELL SHORT ORDERS TO EDGX THAT IT HAD MARKED AS LONG. THE FINDINGS ALSO INCLUDED THAT IN ADDITION, THE FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO EDGX RULE 11.15 AND RULE

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

26

**FINRA**

**Initiated By:** BATS EDGX EXCHANGE, INC.

**Date Initiated:** 08/04/2016

**Docket/Case Number:** 2014039793901

**Principal Product Type:** Other

**Other Product Type(s):** UNSPECIFIED SECURITIES

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 08/04/2016

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $80,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE FIRM WAS CENSURED AND FINED THE AMOUNT OF $80,000.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** FROM JANUARY 2013 THROUGH MARCH 2014, IT IS ALLEGED THAT RONIN CAPITAL, LLC VIOLATED:
1. FORMER EDGX RULE 11.15, NOW 11.10(A)(5), AND RULE 200(G) OF REG SHO BY ERRONEOUSLY ENTERING SHORT SALE ORDERS AS LONG.
2. EDGX RULES 3.1, 3.2, 5.1 AND 5.3 BY FAILING TO ESTABLISH, MAINTAIN, ENFORCE WRITTEN PROCEDURES SO THAT IT COULD PROPERLY SUPERVISE ITS ASSOCIATED PERSONS' ACTIVITIES AND ASSURE THEIR COMPLIANCE WITH EDGX RULE 11.15, AND WITH RULES 200(G)OF REG SHO.

200(G) OF REGULATION SHO IN THAT THE FIRM DID NOT DETECT THE CAUSE OF THE ABOVE ORDER MARKING ISSUE, WHICH BEGAN IN JANUARY 2013, UNTIL MARCH 2014.

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck    User Guidance

27

**Initiated By:** BATS EDGX EXCHANGE, INC.

**Date Initiated:** 08/04/2016

**Docket/Case Number:** 2014039793901

**Principal Product Type:** Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 08/04/2016

**Sanctions Ordered:** Censure
Monetary/Fine $80,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE FIRM WAS CENSURED AND FINED THE AMOUNT OF $80,000.

---

**Disclosure 5 of 25**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, WAS CENSURED AND FINED $2,500 FOR FAILING TO REGISTER ONE (1) ASSOCIATED PERSON AS A PROPRIETARY TRADER (PT) WITH THE EXCHANGE IN WEBCRD. (EXCHANGE RULE 3.6A - QUALIFICATION AND REGISTRATION OF TRADING PERMIT HOLDERS AND ASSOCIATED PERSONS)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 07/23/2015

**Docket/Case Number:** 15-0056/ 2015045313

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

FINRA

User Guidance

**Other Sanction(s)/Relief Sought:**

**Resolution:** Consent

**Resolution Date:** 09/10/2015

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** A $2,500 FINE AND A CENSURE.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** IT WAS ALLEGED THAT FROM ON OR ABOUT APRIL 8, 2013 THROUGH ON OR ABOUT JANUARY 8, 2015, RONIN FAILED TO REGISTER ONE (1) ASSOCIATED PERSON AS A PROPRIETARY TRADER (PT) WITH THE EXCHANGE IN WEBCRD WHICH WOULD CONSTITUTE A VIOLATION OF EXCHANGE RULE 3.6A BY RONIN AND AS A RESULT  RONIN WAS CENSURED AND FINED $2,500.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 07/23/2015

**Docket/Case Number:** 15-0056/20150453813

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Consent

**Resolution Date:** 09/10/2015

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** $2500.00 FINE AND A CENSURE.

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

**FINRA**

29

## Disclosure 6 of 25

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |
| **Allegations:** | RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, WAS CENSURED AND FINED $175,000.  IN ADDITION, THE COMMITTEE ORDERED DISGORGEMENT OF $128,000 FOR THE FOLLOWING CONDUCT.  RONIN (I) SUBMITTED A SELL-SIDE SPX STRATEGY ORDER AT APPROXIMATELY 8:28:02 A.M. CT (APPROXIMATELY THIRTEEN MINUTES AFTER THE APPLICABLE 8:15 A.M. CT CUT-OFF TIME), AND, THROUGH THE LATE SUBMISSION OF THE SPX STRATEGY ORDER AFTER THE APPLICABLE 8:15 A.M. CT CUT-OFF TIME, IMPROPERLY MODIFIED RONIN'S EXISTING BUY-SIDE STRATEGY ORDER THAT WAS USED IN THE CALCULATION OF THE FEBRUARY 2014 VIX FINAL SETTLEMENT PRICE; AND (II) AS A RESULT OF THE ACTIVITY DESCRIBED ABOVE, PREVENTED MARKET PARTICIPANTS THE FULL ALLOTMENT OF TIME TO REACT TO STRATEGY ORDERS SUBMITTED FOR THE FEBRUARY 2014 VIX FINAL SETTLEMENT. (EXCHANGE RULES 4.1 - JUST AND EQUITABLE PRINCIPLES OF TRADE AND AND 6.2B - HYBRID OPENING SYSTEM (HOSS)) |
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 03/18/2015 |
| **Docket/Case Number:** | 15-0036 / 2015044653 |
| **Principal Product Type:** | Options |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Decision & Order of Offer of Settlement |
| **Resolution Date:** | 08/10/2015 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $175,000.00<br>Disgorgement/Restitution |
| **Other Sanctions Ordered:** | IN ADDITION, DISGORGEMENT OF $128,000. |
| **Sanction Details:** | A $175,000 FINE AND A CENSURE.  IN ADDITION, DISGORGEMENT OF $128,000. |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINRA

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, WAS CENSURED AND FINED $175,000. IN ADDITION, THE COMMITTEE ORDERED DISGORGEMENT OF $128,000 FOR THE FOLLOWING CONDUCT: IT WAS ALLEGED THAT RONIN SUBMITTED A SELL-SIDE SPX STRATEGY ORDER AT APPROXIMATELY 8:28:02 A.M. CT (ABOUT THIRTEEN MINUTES AFTER THE APPLICABLE 8:15 A.M. CT CUT-OFF TIME), AND THROUGH THE LATE SUBMISSION OF THE SPX STRATEGY ORDER AFTER THE APPLICABLE 8:15 A.M. CT CUT-OFF TIME, IMPROPERLY MODIFIED RONIN'S EXISTING BUY-SIDE STRATEGY ORDER THAT WAS USED IN THE CALCULATION OF THE FEBRUARY 2014 VIX FINAL SETTLEMENT PRICE. IT WAS ALSO ALLEGED THAT RONIN'S ACTIVITY DESCRIBED ABOVE PREVENTED MARKET PARTICIPANTS THE FULL ALLOTMENT OF TIME TO REACT TO STRATEGY ORDERS SUBMITTED FOR THE FEBRUARY 2014 VIX FINAL SETTLEMENT. (VIOLATIONS OF EXCHANGE RULES 6.2B AND 4.1)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 03/18/2015

**Docket/Case Number:** 15-0036 / 2015044653909

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE
DISGORGEMENT

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 08/10/2015

**Sanctions Ordered:** Censure
Monetary/Fine $175,000.00
Disgorgement/Restitution

**Other Sanctions Ordered:** DISGORGEMENT OF $128,000

**Sanction Details:** A $175,000 FINE AND A CENSURE. IN ADDITION, DISGORGEMENT OF $128,000.

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

31

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** THE FIRM: (I) ON MULTIPLE OCCASIONS, FAILED TO GRANT PRIORITY TO THE HIGHEST BID AND/OR LOWEST OFFER WHEN SUCH BID OR OFFER WAS AVAILABLE; AND (II) ON NUMEROUS OCCASIONS, FAILED TO GRANT PRIORITY TO THE HIGHEST BID AND/OR LOWEST OFFER WHEN SUCH BID OR OFFER WAS AVAILABLE. VIOLATIONS OF EXCHANGE RULES 6.45A AND 6.45B.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 02/26/2015

**Docket/Case Number:** 15-0022 AND 17-0017 / 2015044 2658 AND 20150467107

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 06/25/2018

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** A $2,500 FINE AND A CENSURE.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ALLEGED VIOLATIONS OF EXCHANGE RULES 6.45A - PRIORITY AND ALLOCATION OF EQUITY OPTION TRADES ON THE CBOE HYBRID SYSTEM, AND 6.45B - PRIORITY AND ALLOCATION OF TRADES IN INDEX OPTIONS AND OPTIONS ON ETFS ON THE CBOE HYBRID SYSTEM.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 02/26/2015

**Docket/Case Number:** 15-0022 AND 17-0017/2015044 2658 AND 20150467107

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINLA

32

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penal(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 06/25/2018

**Sanctions Ordered:** Censure
Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:** $2,500 FINE AND A CENSURE

**Firm Statement** TWO MATTERS WERE CONSOLIDATED AND RESOLVED WITH ONE DECISION. EACH MATTER WAS INITIALLY DISCLOSED SEPARATELY, SO AS A RESULT, THE DECISION IS REPORTED TWICE, ONCE FOR EACH MATTER.

---

**Disclosure 8 of 25**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, WAS CENSURED AND FINED $40,000 FOR THE FOLLOWING CONDUCT. RONIN FAILED TO REGISTER TEN (10) ASSOCIATED PERSONS AS A PROPRIETARY TRADER PRINCIPAL (TP) WITH THE EXCHANGE IN WEBCRD BY NOVEMBER 5, 2011. OF THE 10 ASSOCIATED PERSONS THAT WERE NOT PROPERLY REGISTERED, NINE (9) WERE NOT QUALIFIED AS A PROPRIETARY TRADER PRINCIPAL (TP) BY NOVEMBER 5, 2011. (EXCHANGE RULE 3.6A - QUALIFICATION AND REGISTRATION OF TRADING PERMIT HOLDERS AND ASSOCIATED PERSONS)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 12/03/2014

**Docket/Case Number:** 14-0174 / 20140439169

**Principal Product Type:** Options

**Other Product Type(s):**

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 05/07/2015

**Sanctions Ordered:** Censure
Monetary/Fine $40,000.00

**Other Sanctions Ordered:**

**Sanction Details:** A $40,000 FINE AND A CENSURE.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** RONIN WAS CENSURED AND FINED $40,000 FOR THE FOLLOWING
CONDUCT: FAILED TO REGISTER TEN (10) ASSOCIATED PERSONS AS A
PROPRIETARY TRADER PRINCIPAL (TP) WITH THE EXCHANGE IN WEBCRD
BY NOVEMBER 5, 2011 AND FAILED TO QUALIFY NINE (9) OF THE 10
ASSOCIATED PERSONS AS A PROPRIETARY TRADER PRINCIPAL (TP) BY
NOVEMBER 5, 2011. (VIOLATION OF EXCHANGE RULE 3.6A)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 12/03/2014

**Docket/Case Number:** 14-0174/20140439169

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 05/07/2015

**Sanctions Ordered:** Censure
Monetary/Fine $40,000.00

**Other Sanctions Ordered:**

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINCA

**Sanction Details:** A $40,000 FINE AND A CENSURE

## Disclosure 9 of 25

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, AND DAVID RETTKER ("RETTKER"), AN ASSOCIATED PERSON OF RONIN, WERE EACH CENSURED AND WERE JOINTLY AND SEVERALLY FINED $7,500 FOR THE FOLLOWING CONDUCT. RONIN AND RETTKER FAILED TO REPORT NUMEROUS TRANSACTIONS TO THE EXCHANGE WITHIN 90 SECONDS OF EXECUTION. (EXCHANGE RULE 6.51 - REPORTING DUTIES)

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 08/08/2014

**Docket/Case Number:** 14-0127

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 12/29/2014

**Sanctions Ordered:** Censure
Monetary/Fine $7,500.00

**Other Sanctions Ordered:**

**Sanction Details:** A $7,500 JOINT AND SEVERAL FINE AND A CENSURE OF EACH RESPONDENT.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** RONIN ALLEGEDLY VIOLATED EXCHANGE RULE 6.51, IN THAT RONIN FAILED TO REPORT NUMEROUS TRANSACTIONS TO THE EXCHANGE WITHIN 90 SECONDS OF EXECUTION.



www.finra.org/brokercheck

User Guidance

| | |
|---|---|
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 08/08/2014 |
| **Docket/Case Number:** | 14-0127 |
| **Principal Product Type:** | Index Option(s) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | CENSURE |
| **Resolution:** | Decision & Order of Offer of Settlement |
| **Resolution Date:** | 12/29/2014 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $7,500.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | $7,500 FINE AND CENSURE |

## Disclosure 10 of 25

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | RONIN HAS BEEN CHARGED WITH VIOLATING CME RULE 970.A.1. |
| **Initiated By:** | CME GROUP, INC. |
| **Date Initiated:** | 02/18/2014 |
| **Docket/Case Number:** | 14-CH-1404 |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Settled |
| **Resolution Date:** | 06/20/2014 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINRA

**Sanctions Ordered:** Monetary/Fine $25,000.00

**Other Sanctions Ordered:**

**Sanction Details:** $25,000 FINE.

**Disclosure 11 of 25**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** A FINRA HEARING OFFICER CONSIDERED A STIPULATION OF FACTS AND CONSENT TO PENALTY ENTERED INTO BETWEEN FINRA ON BEHALF OF NYSE REGULATION, INC. AND THE FIRM. WITHOUT ADMITTING OR DENYING ANY ALLEGATIONS OR FINDINGS, THE FIRM STIPULATED TO THE FACTS AND FINDINGS THAT THE FIRM VIOLATED RULE 15C3-5(C)(1)(II) OF THE SECURITIES EXCHANGE ACT OF 1934 AND EXCHANGE RULE 320 BY FAILING TO HAVE MANAGEMENT CONTROLS AND SUPERVISORY PROCEDURES REASONABLY DESIGNED TO PREVENT THE ENTRY OF ERRONEOUS ORDERS, WHEN THE FIRM WAS MIGRATING ITS DATA SYSTEMS TO A NEW STORAGE DEVICE. AS A RESULT OF THE FIRM'S SUBMITTING ERRONEOUS QUOTES TO NYSE MKT, IT RECEIVED MORE THAN 31,000 EXECUTIONS ACROSS 450 SYMBOLS. FOR EACH EXECUTION, THE FIRM REQUESTED AN OBVIOUS ERROR RULING PURSUANT TO NYSE MKT RULE 975NY (OBVIOUS ERRORS AND CATASTROPHIC ERRORS). NYSE MKT SUBSEQUENTLY BUSTED OR ADJUSTED APPROXIMATELY 14,000 OF THE TRANSACTIONS, WHILE 17,000 WERE RULED TO STAND. AS A RESULT, THE FIRM INCURRED LOSSES OF APPROXIMATELY $1.9 MILLION. THE FIRM'S MARKET MAKING GROUP WAS UNAWARE THAT IT WAS USING THE WRONG DAY'S SYMBOLOGY FILE. IT WAS NOT NOTIFIED OF THE ERROR IN COPYING THE SYMBOLOGY FILE TO THE NEW SHARED DRIVE. IN ADDITION, THE FIRM'S SYSTEMS DID NOT DETECT THAT THE MARKET MAKING GROUP WAS USING THE WRONG DAY'S SYMBOLOGY FILE BECAUSE IT DID NOT HAVE PROCEDURES IN PLACE SURROUNDING THE MIGRATION OF ITS DATA SYSTEMS, WHICH RENDERED PRE-TRADE CONTROLS IN PLACE INEFFECTIVE IN THIS CASE.

**Initiated By:** NYSE MKT LLC

**Date Initiated:** 08/28/2014

**Docket/Case Number:** 2012031535801

**Principal Product Type:** Other

**Other Product Type(s):** UNSPECIFIED SECURITIES

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC    36

www.finra.org/brokercheck

User Guidance

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision

**Resolution Date:** 09/23/2014

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $50,000.00

**Other Sanctions Ordered:**

**Sanction Details:** THE FIRM IS CENSURED AND FINED $50,000.

THE FINE WILL BE PAYABLE ON THE DATE ON WHICH THE DECISION BECOMES FINAL. THE FIRM IS REQUIRED TO PAY THE FINE WITHIN 45 DAYS OF THAT DATE, OR IT MAY FACE SUMMARY SUSPENSION, PURSUANT TO NYSE RULE 476(K). THE DECISION BECAME FINAL AT THE CLOSE OF BUSINESS ON SEPTEMBER 22, 2014.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** A FINRA HEARING OFFICER CONSIDERED A STIPULATION OF FACTS AND CONSENT TO PENALTY ENTERED INTO BETWEEN FINRA ON BEHALF OF NYSE REGULATION, INC. AND THE FIRM. WITHOUT ADMITTING OR DENYING ANY ALLEGATIONS OR FINDINGS, THE FIRM STIPULATED TO THE FACTS AND FINDINGS THAT THE FIRM VIOLATED RULE 15C3-5(C)(1)(II) OF THE SECURITIES EXCHANGE ACT OF 1934 AND EXCHANGE RULE 320 BY FAILING TO HAVE MANAGEMENT CONTROLS AND SUPERVISORY PROCEDURES REASONABLY DESIGNED TO PREVENT THE ENTRY OF ERRONEOUS ORDERS, WHEN THE FIRM WAS MIGRATING ITS DATA SYSTEMS TO A NEW STORAGE DEVICE. AS A RESULT OF THE FIRM'S SUBMITTING ERRONEOUS QUOTES TO NYSE MKT, IT RECEIVED MORE THAN 31,000 EXECUTIONS ACROSS 450 SYMBOLS. FOR EACH EXECUTION, THE FIRM REQUESTED AN OBVIOUS ERROR RULING PURSUANT TO NYSE MKT RULE 975NY (OBVIOUS ERRORS AND CATASTROPHIC ERRORS). NYSE

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



User Guidance

www.finra.org/brokercheck

38

MKT SUBSEQUENTLY BUSTED OR ADJUSTED APPROXIMATELY 14,000 OF THE TRANSACTIONS, WHILE 17,000 WERE RULED TO STAND. AS A RESULT, THE FIRM INCURRED LOSSES OF APPROXIMATELY $1.9 MILLION. THE FIRM'S MARKET MAKING GROUP WAS UNAWARE THAT IT WAS USING THE WRONG DAY'S SYMBOLOGY FILE. IT WAS NOT NOTIFIED OF THE ERROR IN COPYING THE SYMBOLOGY FILE TO THE NEW SHARED DRIVE. IN ADDITION, THE FIRM'S SYSTEMS DID NOT DETECT THAT THE MARKET MAKING GROUP WAS USING THE WRONG DAY'S SYMBOLOGY FILE BECAUSE IT DID NOT HAVE PROCEDURES IN PLACE SURROUNDING THE MIGRATION OF ITS DATA SYSTEMS, WHICH RENDERED PRE-TRADE CONTROLS IN PLACE INEFFECTIVE IN THIS CASE.

| | |
|---|---|
| **Initiated By:** | NYSE MKT |
| **Date Initiated:** | 08/28/2014 |
| **Docket/Case Number:** | 201203153801 |
| **Principal Product Type:** | Options |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Censure |
| **Other Sanction(s)/Relief Sought:** | FINE IN THE AMOUNT OF $50,000 |
| **Resolution:** | Decision |
| **Resolution Date:** | 09/23/2014 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $50,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | THE FIRM IS CENSURED AND FINED $50,000. THE FINE WILL BE PAYABLE ON THE DATE ON WHICH THE DECISION BECOMES FINAL. THE FIRM IS REQUIRED TO PAY THE FINE WITHIN 45 DAYS OF THAT DATE, OR IT MAY FACE SUMMARY SUSPENSION, PURSUANT TO NYSE RULE 476(K). THE DECISION BECAME FINAL AT THE CLOSE OF BUSINESS ON SEPTEMBER 22, 2014. |

---

**Disclosure 12 of 25**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |
| **Allegations:** | BETWEEN 8/28/12 AND 9/4/12, FLAWS IN RONIN'S QUOTING LOGIC |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

FINRA
User Guidance

RESULTED IN THE FIRM TRANSMITTING ON A NUMBER OF OCCASION'S EXCESSIVE QUOTES TO THE EXCHANGE. AGAIN, ON 9/21/12, AFTER THEIR SYSTEM WAS MODIFIED, THEY CONTINUED TO TRANSMIT EXCESSIVE QUOTES. THIS CONDUCT CONSTITUTES SEPARATE & DISTINCT VIOLATION OF RULE 15C3-8(B), (C)(1)(II) AND (C)(2)(I) OF THE EXCHANGE ACT AND ISE RULE 401.

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 05/14/2014

**Docket/Case Number:** 2012-182, 2012-185 & 2012-191

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/23/2014

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Monetary/Fine $55,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM FINED $55,000.00

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** BETWEEN 8/28/12 AND 9/4/12, ALTHOUGH THE FIRM HAD DEVELOPED A REAL-TIME AUTOMATED SYSTEM IN RESPONSE TO THE IMPLEMENTATION OF RULE 15C3-5, A FLAW IN RONIN'S QUOTING LOGIC RESULTED IN THE TRANSMISSION OF EXCESSIVE QUOTES TO THE EXCHANGE IN TWO DIFFERENT OPTION SERIES. AGAIN, ON 9/21/12, AFTER RONIN'S INTERNAL SURVEILLANCE FOR MONITORING QUOTES HAD BEEN RE-IMPLEMENTED WITH MODIFIED PARAMETERS, RONIN'S SYSTEM DETECTED EXCESSIVE

©2019 FINRA. All rights reserved.   Report about RONIN CAPITAL, LLC

User Guidance

FINRA

|  | QUOTING BY THE FIRM IN ONE OPTION SERIES, BUT THE FIRM FAILED TO TURN OFF QUOTING WITH RESPECT TO THAT OPTION SERIES UNTIL APPROXIMATELY 30 MINUTES HAD ELAPSED, WHICH RESULTED IN THE TRANSMISSION OF EXCESSIVE QUOTES. THIS CONDUCT CONSTITUTES SEPARATE & DISTINCT VIOLATIONS OF RULE 15C3-5(B), (C)(1)(II) AND (C)(2)(I) OF THE EXCHANGE ACT AND ISE RULE 401. |
|---|---|
| **Initiated By:** | INTERNATIONAL SECURITIES EXCHANGE |
| **Date Initiated:** | 05/14/2014 |
| **Docket/Case Number:** | 2012-182, 2012-185 & 2012-191 |
| **Principal Product Type:** | Options |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 06/23/2014 |
| **Sanctions Ordered:** | Monetary/Fine $55,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | FIRM FINED $55,000.00 |

**Disclosure 13 of 25**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |
| **Allegations:** | RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TRADING PERMIT HOLDER, WAS CENSURED AND FINED $40,000 FOR THE FOLLOWING CONDUCT. RONIN: (I) OPERATED WHILE BELOW ITS MINIMUM NET CAPITAL REQUIREMENT; (II) FAILED TO ACCURATELY CALCULATE NET CAPITAL; AND (III) FAILED TO ADEQUATELY SUPERVISE TO ASSURE COMPLIANCE WITH THE NET CAPITAL REQUIREMENTS AS DESCRIBED ABOVE.  (CBOE RULES 4.2 - ADHERENCE TO LAW, 13.1- MINIMUM REQUIREMENTS, AND 15.1 - MAINTENANCE, RETENTION AND FURNISHING OF BOOKS, RECORDS AND OTHER INFORMATION; SECTION 15(C) OF THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED (THE "ACT") AND RULE 15C3-1 - NET CAPITAL THEREUNDER; AND SECTION 17(A) OF THE ACT AND RULES 17A-3 - RECORDS TO BE MADE BY CERTAIN EXCHANGE MEMBERS, BROKERS AND |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

40



www.finra.org/brokercheck

User Guidance

41

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

DEALERS AND 17A-5 - REPORTS TO BE MADE BY CERTAIN BROKERS AND DEALERS THEREUNDER)

**Date Initiated:** 09/16/2014

**Docket/Case Number:** 14-0093

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Consent

**Resolution Date:** 11/05/2014

**Sanctions Ordered:** Censure
Monetary/Fine $40,000.00

**Other Sanctions Ordered:**

**Sanction Details:** A $40,000 FINE AND A CENSURE.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ALLEGED VIOLATIONS OF EXCHANGE RULES 4.2 - ADHERENCE TO LAW, 13.1 - MINIMUM CAPITAL REQUIREMENTS, AND 15.1 - MAINTENANCE, RETENTION AND FURNISHING OF BOOKS, RECORDS AND OTHER INFORMATION; SECTION 15(C) OF THE SECURITIES EXCHANGE ACT OF 1934 (THE "ACT") AND RULE 15C3-1 - NET CAPITAL REQUIREMENTS FOR BROKERS OR DEALERS THEREUNDER; AND SECTION 17(A) OF THE ACT AND RULE 17A-3 - RECORDS TO BE MADE BY CERTAIN BROKERS AND DEALERS, AND 17A-5 - REPORTS TO BE MADE BY CERTAIN BROKERS AND DEALERS THEREUNDER.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 09/16/2014

**Docket/Case Number:** 14-0093

**Principal Product Type:** No Product

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



User Guidance

42

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Consent

**Resolution Date:** 11/05/2014

**Sanctions Ordered:** Censure
Monetary/Fine $40,000.00

**Other Sanctions Ordered:**

**Sanction Details:** SANCTION: $40,000 FINE AND CENSURE.

**Firm Statement** ALLEGED VIOLATIONS OF EXCHANGE RULES 4.2 - ADHERENCE TO LAW, 13.1 - MINIMUM CAPITAL REQUIREMENTS, AND 15.1 - MAINTENANCE, RETENTION AND FURNISHING OF BOOKS, RECORDS AND OTHER INFORMATION; SECTION 15(C) OF THE SECURITIES EXCHANGE ACT OF 1934 (THE "ACT") AND RULE 15C3-1 - NET CAPITAL REQUIREMENTS FOR BROKERS OR DEALERS THEREUNDER; AND SECTION 17(A) OF THE ACT AND RULE 17A-3 - RECORDS TO BE MADE BY CERTAIN BROKERS AND DEALERS, AND 17A-5 - REPORTS TO BE MADE BY CERTAIN BROKERS AND DEALERS THEREUNDER.

---

**Disclosure 14 of 25**

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** PURSUANT TO AN OFFER OF SETTLEMENT RONIN CAPITAL LLC ("RONIN") PRESENTED AT A HEARING ON FEBRUARY 20, 2014 IN WHICH RONIN, WHO IS SUBJECT TO THE JURISDICTION OF THE EXCHANGE BECAUSE AT THE TIME OF THE TRANSACTION AT ISSUE IT WAS A NYMEX MEMBER, NEITHER ADMITTED NOR DENIED THE RULE VIOLATION UPON WHICH THE PENALTY IS BASED, A PANEL OF THE NYMEX BUSINESS CONDUCT COMMITTEE ("PANEL")     FOUND THAT ON DECEMBER 13, 2012, THROUGH A THIRD-PARTY BROKER, RONIN WAS A COUNTERPARTY TO AN EXCHANGE OF OPTIONS FOR OPTIONS (WHICH IS A TYPE OF EFRP TRANSACTION) THAT DID NOT INCLUDE DOCUMENTATION OF THE RELATED OTC TRANSACTION AND, THEREFORE, WAS NOT BONA FIDE EFRP TRANSACTION.

THE PANEL FOUND THAT AS A RESULT, RONIN VIOLATED RULE 538.H.

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

43

**Initiated By:** CME GROUP, INC. (NYMEX)

**Date Initiated:** 11/12/2013

**Docket/Case Number:** NO. 13-9437-BC

**Principal Product Type:** Commodity Option(s)

**Other Product Type(s):** EXCHANGE FOR RELATED POSITIONS

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Settled

**Resolution Date:** 02/24/2014

**Sanctions Ordered:** Monetary/Fine $10,000.00

**Other Sanctions Ordered:**

**Sanction Details:** IN ACCORDANCE WITH THE SETTLEMENT OFFER, THE PANEL ORDERED RONIN TO PAY A FINE TO THE EXCHANGE IN THE AMOUNT OF $10,000.

---

## Disclosure 15 of 25

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, AND J. BRIAN SCHAER ("SCHAER"), AN ASSOCIATED PERSON OF RONIN, WERE EACH CENSURED AND RONIN WAS FINED $15,000 AND SCHAER WAS FINED $60,000. IN ADDITION, SCHAER WAS SUSPENDED FROM HOLDING AN EXCHANGE TRADING PERMIT AND FROM ASSOCIATION WITH ANY EXCHANGE TRADING PERMIT HOLDER OR TPH ORGANIZATION FOR 30 CONSECUTIVE DAYS, WITH THE EXCEPTION THAT SCHAER COULD ENTER CLOSING OPTIONS ORDERS, EXERCISES AND CONTRA EXERCISE ADVICE NOTICES FROM OFF THE EXCHANGE FLOOR WITHIN THE LIMITS OF CBOE RULE 8.7. THE CONDUCT FOR WHICH THE SANCTION WAS ORDERED WAS AS FOLLOWS: SCHAER ENTERED NUMEROUS END-OF-DAY OPTION ORDERS IN VARIOUS OPTION SERIES OF AAPL WHICH UNDULY CHANGED THE LAST REPORTED BIDS AND/OR OFFERS THAT DID NOT REFLECT THE TRUE STATE OF THE MARKET IN THE AAPL OPTION CLASS FOR THE PURPOSE OF UNDULY OR IMPROPERLY INFLUENCING THE MARKET PRICE OF THE OPTIONS INVOLVED, OR FOR THE PURPOSE OF MAKING A MARKET QUOTATION WHICH DID NOT REFLECT THE TRUE STATE OF THE

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

**FINra**

|  |  |
|---|---|
| | MARKET. RONIN FAILED TO ADEQUATELY SUPERVISE SCHAER'S TRADING ACTIVITIES, AND FAILED TO MAINTAIN ADEQUATE SUPERVISORY PROCEDURES AND CONTROLS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH APPLICABLE SECURITIES LAWS, REGULATIONS AND/OR CBOE RULES AS THEY RELATE SCHAER'S CONDUCT. (EXCHANGE RULES 4.1- JUST AND EQUITABLE PRINCIPLES OF TRADE, 4.2 - ADHERENCE TO LAW AND 4.7 - MANIPULATION; AND SECTION 9(A) OF THE SECURITIES AND EXCHANGE ACT OF 1934, AS AMENDED, (THE "ACT")) |
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 10/25/2013 |
| **Docket/Case Number:** | 13-0057 |
| **Principal Product Type:** | Options |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Decision & Order of Offer of Settlement |
| **Resolution Date:** | 03/28/2014 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $15,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | A $15,000 FINE AND A CENSURE. |
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | RONIN CAPITAL, LLC ("RONIN"), AN EXCHANGE TPH ORGANIZATION, AND J. BRIAN SCHAER ("SCHAER"), AN ASSOCIATED PERSON OF RONIN, WERE EACH CENSURED AND RONIN WAS FINED $15,000 AND SCHAER WAS FINED $60,000. IN ADDITION, SCHAER WAS SUSPENDED FROM HOLDING AN EXCHANGE TRADING PERMIT AND FROM ASSOCIATION WITH ANY EXCHANGE TRADING PERMIT HOLDER OR TPH ORGANIZATION FOR 30 CONSECUTIVE DAYS, WITH THE EXCEPTION THAT SCHAER COULD ENTER CLOSING OPTIONS ORDERS, EXERCISES AND CONTRA EXERCISE ADVICE NOTICES FROM OFF THE EXCHANGE FLOOR WITHIN THE LIMITS OF CBOE RULE 8.7. THE CONDUCT FOR WHICH THE SANCTION WAS ORDERED WAS |

www.finra.org/brokercheck                ©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

|  |  |
|---|---|
|  | AS FOLLOWS: SCHAER ENTERED NUMEROUS END-OF-DAY OPTION ORDERS IN VARIOUS OPTION SERIES OF AAPL WHICH UNDULY CHANGED THE LAST REPORTED BIDS AND/OR OFFERS THAT DID NOT REFLECT THE TRUE STATE OF THE MARKET IN THE AAPL OPTION CLASS FOR THE PURPOSE OF UNDULY OR IMPROPERLY INFLUENCING THE MARKET PRICE OF THE OPTIONS INVOLVED, OR FOR THE PURPOSE OF MAKING A MARKET QUOTATION WHICH DID NOT REFLECT THE TRUE STATE OF THE MARKET. RONIN FAILED TO ADEQUATELY SUPERVISE SCHAER'S TRADING ACTIVITIES, AND FAILED TO MAINTAIN ADEQUATE SUPERVISORY PROCEDURES AND CONTROLS REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH APPLICABLE SECURITIES LAWS, REGULATIONS AND/OR CBOE RULES AS THEY RELATE SCHAER'S CONDUCT. (EXCHANGE RULES 4.1- JUST AND EQUITABLE PRINCIPLES OF TRADE, 4.2 - ADHERENCE TO LAW AND 4.7 - MANIPULATION; AND SECTION 9(A) OF THE SECURITIES AND EXCHANGE ACT OF 1934, AS AMENDED, (THE "ACT")) |
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 10/25/2013 |
| **Docket/Case Number:** | 13-0057 |
| **Principal Product Type:** | Options |
| **Other Product Type(s):** |  |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | CENSURE |
| **Resolution:** | Decision & Order of Offer of Settlement |
| **Resolution Date:** | 03/28/2014 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $15,000.00 |
| **Other Sanctions Ordered:** |  |
| **Sanction Details:** | A $15,000 FINE AND A CENSURE. |

### Disclosure 16 of 25

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | RULES VIOLATED: 11.1.03 VIOLATIONS OF EXERCISE PROCEDURES IN AMERICAN STYLE CASH SETTLED INDEX OPTION CONTRACTS. |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

FINᴦa

|  |  |
|---|---|
| | SPECIFICALLY, ON TRADE DATE AUGUST 15,2013, DANIEL MALONE, ON BEHALF OF RONIN CAPITAL, LLC ADVISED THE EXCHANGE OF AN INTENTION TO EXERCISE OPTIONS CONTRACTS PRIOR TO THE NOTIFICATION DEADLINE, AND SUBSEQUENTLY FAILED TO EXERCISE OPTIONS CONTRACTS. |
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 08/19/2013 |
| **Docket/Case Number:** | ICT # 104713 |
| **Principal Product Type:** | Index Option(s) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Other |
| **Resolution Date:** | 08/19/2013 |
| **Sanctions Ordered:** | Monetary/Fine $5,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | FINED $5000. |

## Disclosure 17 of 25

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | RULES VIOLATED: 11.1.03 VIOLATIONS OF EXERCISE PROCEDURES IN AMERICAN STYLE CASH SETTLED INDEX OPTION CONTRACTS. SPECIFICALLY, ON TRADE DATE JANUARY 16,2013, MICHAEL BEEBE, ON BEHALF OF RONIN CAPITAL, LLC ADVISED THE EXCHANGE OF AN INTENTION TO EXERCISE OPTIONS CONTRACTS PRIOR TO THE NOTIFICATION DEADLINE, AND SUBSEQUENTLY FAILED TO EXERCISE OPTIONS CONTRACTS. |
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 01/22/2013 |
| **Docket/Case Number:** | ICT# 103261 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

**Principal Product Type:** Index Option(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Other

**Resolution Date:** 01/22/2013

**Sanctions Ordered:** Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FINED $5000.00

## Disclosure 18 of 25

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** DURING THE PERIOD JANUARY 2011 TO APRIL 2012 RONIN CAPITAL FAILED TO I) PARTICIPATE IN THE OPENING ROTATION ON 592 OCCASIONS AND; II) FAILED TO CONTINUOUSLY QUOTE INTRA-DAY IN ALL SERIES OF AN OPTIONS CLASS WHICH IT HAD AN OBLIGATION TO QUOTE ON 26,955 OCCASIONS.
THIS CONDUCT CONSTITUTES VIOLATIONS OF ISE RULE 804(E)(2)(II), RULE 804(E)(2)(II), AND RULE 904(A)(2)

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 11/28/2012

**Docket/Case Number:** 2011-062, 2011-063, 2012-008, 2012-009, 2012-075, 2012-076, 2012-142 & 2012-143

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

**Resolution:** Acceptance, Waiver & Consent(AWC)

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

User Guidance

**Resolution Date:** 12/21/2012

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** Yes

**Sanctions Ordered:** Censure
Monetary/Fine $95,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM FINED $95,000

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** ISE STAFF CONDUCTED REVIEWS OF RONIN'S MARKET MAKING ACTIVITIES IN THE CAPACITY OF A CMM DURING THE PERIOD BETWEEN JANUARY 2011 AND APRIL 2012 ("THE REVIEW PERIOD") FOR COMPLIANCE WITH ISE RULES 804(E)(2)(I), 804(E)(III), 804(E)(III) AND 904(A)(2). RONIN HEREBY CONSENTS, WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, TO THE ENTRY OF FINDINGS BY THE ISE OF THE FOLLOWING ACTS AND VIOLATIONS:
1. DURING THE REVIEW PERIOD, PRIOR TO THE OPENING ROTATION, RONIN FAILED TO PARTICIPATE IN THE OPENING ROTATION ON 592 OCCASIONS.
2. DURING THE REVIEW PERIOD, RONIN FAILED TO CONTINUOUSLY QUOTE INTRA-DAY IN ALL SERIES OF AN OPTIONS CLASS IN WHICH IT HAD AN OBLIGATION TO QUOTE ON 26,955 OCCASIONS.

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 11/28/2012

**Docket/Case Number:** 2011-062, 2011-063, 2012-008, 2012-009, 2012-075, 2012-076, 2012-142, 2012-143

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

FINRA

www.finra.org/brokercheck

49

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 12/21/2012

**Sanctions Ordered:** Censure
Monetary/Fine $95,000.00

**Other Sanctions Ordered:**

**Sanction Details:** A CENSURE AND A $95,000 FINE.

---

**Disclosure 19 of 25**

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** RULES VIOLATED: 11.1.03 VIOLATIONS OF EXERCISE PROCEDURES IN AMERICAN STYLE CASH SETTLED INDEX OPTION CONTRACTS. SPECIFICALLY, ON TRADE DATE JUNE 14, 2012, DANIEL MALONE, ON BEHALF OF RONIN CAPITAL, LLC ADVISED THE EXCHANGE OF AN INTENTION TO EXERCISE OPTIONS CONTRACTS, AND SUBSEQUENTLY FAILED TO EXERCISE OPTION CONTRACT.

**Initiated By:** CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:** 06/15/2012

**Docket/Case Number:** ICT #101705

**Principal Product Type:** Index Option(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Other

**Resolution Date:** 06/15/2012

**Sanctions Ordered:** Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FINED $5000.00

---

**Disclosure 20 of 25**

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

FINRA

50

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** DURING THE FIRST QUARTER OF 2010, RONIN SUBMITTED QUOTATIONS EXCEEDING THE $5 DIFFERENTIALS 109,437 TIMES (AN AVERAGE OF 1794 DAILY VIOLATIONS).
DURING THE THIRD QUARTER, RONIN DISSEMINATED QUOTATIONS THAT FAILED TO BE WITHIN THE LEGAL SPREAD DIFFERENTIALS PRIOR TO THE OPENING 319,033 TIMES, AMMOUNTING TO VIOLATIONS IN 76% OF THE SERIES QUOTED.
DURING THE SECOND, THIRD & FOURTH QUARTERS OF 2010 RONIN FAILED TO PARTICIPATE IN THE OPENING ROTATION IN 126, 127 AND 153 INSTANCES RESPECTIVELY.

DURING THE THIRD AND FOURTH QUARTER OF 2010, RONIN FAILED TO CONTINUOUSLY QUOTE INTRA-DAY IN A SERIES OF AN OPTIONS CLASS IT HAD THE OBLIGATION TO QUOTE ON 15,107 AND 2671 OCCASIONS RESPECTIVELY.

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 04/20/2011

**Docket/Case Number:** 2010-047, 2010-104, 2010-156, 2010-159 & 2010-191

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 12/15/2011

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Monetary/Fine $40,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM FINED $40,000

©2019 FINRA. All rights reserved.   Report about RONIN CAPITAL, LLC

www.finra.org/brokercheck

User Guidance

**FINRA**

51

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** DURING THE FIRST QUARTER OF 2010, RONIN SUBMITTED QUOTATIONS EXCEEDING THE $5 DIFFERENTIALS 109,437 TIMES (AN AVERAGE OF 1794 DAILY VIOLATIONS). DURING THE THIRD QUARTER, RONIN DISSEMINATED QUOTATIONS THAT FAILED TO BE WITHIN THE LEGAL SPREAD DIFFERENTIALS PRIOR TO THE OPENING 319,033 TIMES, AMMOUNTING TO VIOLATIONS IN 76% OF THE SERIES QUOTED. DURING THE SECOND, THIRD & FOURTH QUARTERS OF 2010 RONIN FAILED TO PARTICIPATE IN THE OPENING ROTATION IN 126, 127 AND 153 INSTANCES RESPECTIVELY. DURING THE THIRD AND FOURTH QUARTER OF 2010, RONIN FAILED TO CONTINUOUSLY QUOTE INTRA-DAY IN A SERIES OF AN OPTIONS CLASS IT HAS THE OBLIGATION TO QUOTE ON 15,107 AND 2671 OCCASIONS RESPECTIVELY.

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 04/20/2011

**Docket/Case Number:** 2010-047, 2010-104, 2010-156, 2010-159 & 2010-191

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies)./Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 12/15/2011

**Sanctions Ordered:** Monetary/Fine $40,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FIRM FINED $40,000

---

**Disclosure 21 of 25**

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** RULES VIOLATED: 11.1.03 VIOLATIONS OF EXERCISE PROCEDURES IN

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

**FINRA**

| | |
|---|---|
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 08/24/2011 |
| **Docket/Case Number:** | ICT # 99387 |
| **Principal Product Type:** | Index Option(s) |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Other |
| **Resolution Date:** | 08/24/2011 |
| **Sanctions Ordered:** | Monetary/Fine $5,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | FINED $5000.00 |

AMERICAN STYLE CASH SETTLED INDEX OPTION CONTRACTS. SPECIFICALLY, ON TRADE DATE AUGUST 10, 2011, A CBOE FLOOR TRADER, ON BEHALF OF RONIN CAPITAL, LLC ADVISED THE EXCHANGE OF AN INTENTION TO EXERCISE OPTIONS CONTRACTS AFTER THE NOTIFICATION DEADLINE, AND SUBSEQUENTLY EXERCISED OPTIONS CONTRACTS.

## Disclosure 22 of 25

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | RULES VIOLATED: 11.1.03 VIOLATIONS OF EXERCISE PROCEDURES IN AMERICAN STYLE CASH SETTLED INDEX OPTION CONTRACTS. SPECIFICALLY, ON TRADE DATE JULY 14, 2011, A CBOE FLOOR TRADER, ON BEHALF OF RONIN CAPITAL, LLC ADVISED THE EXCHANGE OF AN INTENTION TO EXERCISE OPTIONS CONTRACTS PRIOR TO THE NOTIFICATION DEADLINE, AND SUBSEQUENTLY THERE WAS A DISCREPANCY IN THE AMOUNT OF EXERCISED OPTIONS CONTRACTS. |
| **Initiated By:** | CHICAGO BOARD OPTIONS EXCHANGE |
| **Date Initiated:** | 08/08/2011 |
| **Docket/Case Number:** | ICT # 99313 |

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

**Principal Product Type:** Index Option(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies)./Fine(s)

**Other Sanction(s)/Relief Sought:**

**Resolution:** Other

**Resolution Date:** 08/08/2011

**Sanctions Ordered:** Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** FINED $5000.00

## Disclosure 23 of 25

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** FIRM ENTERED 401 ORDERS REPRESENTING 2,262 CONTRACTS WITH INCORRECT INFORMATION REGARDING ACCOUNT TYPE. THIS CONDUCT REPRESENTS A VIOLATION OF ISE RULE 721(A). ALSO, THE FIRM FAILED TO ADEQUATLEY SUPERVISE TO ASSURE COMPLIANCE WITH APPLICABLE ISE RULES REGARDING THE IDENTIFICATION OF ORDERS TYPES, THEREBY VIOLATING ISE RULE 401.

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 06/05/2009

**Docket/Case Number:** 2008-133; 2008-182; 2009-032

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies)./Fine(s)

**Other Sanction(s)/Relief Sought:** RESTITUTION

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/05/2009

**Does the order constitute a** No

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

User Guidance

**final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?**

**Sanctions Ordered:**
Monetary/Fine $7,500.00
Disgorgement/Restitution

**Other Sanctions Ordered:**

**Sanction Details:**
FIRM PAID A $7500 FINE AND RETITUTION OF $407.16 FOR UNPAID EXECUTION FEES.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:**
FIRM ENTERED 401 ORDERS REPRESENTING 2,262 CONTRACTS WITH INCORRECT INFORMATION REGARDING ACCOUNT TYPE. THIS CONDUCT REPRESENTS A VIOLATION OF ISE RULE 721(A). ALSO, THE FIRM FAILED TO ADEQUATLEY SUPERVISE TO ASSURE COMPLIANCE WITH APPLICABLE ISE RULES REGARDING THE IDENTIFICATION OF ORDERS TYPES, THEREBY VIOLATING ISE RULE 401.

**Initiated By:** INTERNATIONAL SECURITIES EXCHANGE

**Date Initiated:** 06/05/2009

**Docket/Case Number:** 2008-133; 2008-182; 2009-032

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** RESTITUTION

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 06/05/2009

**Sanctions Ordered:**
Monetary/Fine $7,500.00
Disgorgement/Restitution

**Other Sanctions Ordered:**

**Sanction Details:**
FIRM PAID A $7500 FINE AND RESTITUTION OF $407.16 FOR UNPAID EXECUTION FEES.

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

www.finra.org/brokercheck

55

©2019 FINRA. All rights reserved.

**FINISA**

## Disclosure 24 of 25

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** **7/27/07** OFFER OF SETTLEMENT AND CONSENT EXECUTED CONSENTED TO 1. VIOLATED REG SHO RULE 200(G) IN THAT RONIN INCORRECTLY MARKED AS "SHORT EXEMPT," NUMEROUS SELL SHORT ORDERS FOR EXECUTION THAT WERE NOT IN FACT ENTITLED TO EXEMPTION FROM THE APPLICABLE PRICE AND/OR TICK TESTS UNDER EXCHANGE AND FEDERAL SECURITIES RULES. 2. VIOLATED OF NYSE ARCA EQUITIES RULE 7.16(A)(1) AND EXCHANGE ACT RULE 10(A)(1) IN THAT RONIN EXECUTED NUMEROUS SELL SHORT ORDERS IN LISTED SECURITIES IN A MANNER THAT IMPROPERLY EXEMPTED THESE TRANSACTIONS FROM THE APPLICABLE PRICE OR TICK TESTS REQUIRED UNDER THESE RULES, THEREBY CAUSING NUMEROUS SELL SHORT ORDERS TO EXECUTE ON DOWNTICKS ON THE EXCHANGE.
3. VIOLATED NYSE ARCA EQUITIES RULE 6.18(A) IN THAT RONIN FAILED TO SUPERVISE ITS ASSOCIATED PERSONS AND BUSINESS OPERATIONS TO ASSURE THEIR COMPLIANCE WITH NYSE ARCA EQUITIES RULE 7.16(A)(1), EXCHANGE ACT RULES 10A-1 AND REG SHO RULE 200(G). 4.VIOLATED NYSE ARCA EQUITIES RULE 6.18(C) IN THAT RONIN FAILED TO ESTABLISH, MAINTAIN, AND ENFORCE WRITTEN PROCEDURES TO SUPERVISE THE BUSINESS IN WHICH IT ENGAGES AND TO SUPERVISE THE ACTIVITIES OF ITS ASSOCIATED PERSONS THAT WERE REASONABLY DESIGNED TO ENSURE COMPLIANCE WITH NYSE ARCA EQUITIES RULE 7.16(A)(1), EXCHANGE ACT RULE 10(A)(1), AND REG SHO RULE 200(G). STIPULATED SANCTION: CENSURE AND $200,000 FINE.

**Initiated By:** NYSE ARCA, INC. DIVISION OF ENFORCEMENT

**Date Initiated:** 07/27/2007

**Docket/Case Number:** DECISION 07-AE-03

**Principal Product Type:** Other

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision

**Resolution Date:** 10/26/2007

Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

User Guidance

56

**Sanctions Ordered:**

Censure
Monetary/Fine $200,000.00

**Other Sanctions Ordered:**

**Sanction Details:**

**10/26/07** DECISION 07-AE-03 ISSUED CONSENTED TO 1. VIOLATED REG SHO RULE 200(G) IN THAT RONIN INCORRECTLY MARKED AS "SHORT EXEMPT." NUMEROUS SELL SHORT ORDERS FOR EXECUTION THAT WERE NOT IN FACT ENTITLED TO EXEMPTION FROM THE APPLICABLE PRICE AND/OR TICK TESTS UNDER EXCHANGE AND FEDERAL SECURITIES RULES.
2. VIOLATED NYSE ARCA EQUITIES RULE 7.16(A)(1) AND EXCHANGE ACT RULE 10(A)(1) IN THAT RONIN EXECUTED NUMEROUS SELL SHORT ORDERS IN LISTED SECURITIES IN A MANNER THAT IMPROPERLY EXEMPTED THESE TRANSACTIONS FROM THE APPLICABLE PRICE OR TICK TESTS REQUIRED UNDER THESE RULES, THEREBY CAUSING NUMEROUS SELL SHORT ORDERS TO EXECUTE ON DOWNTICKS ON THE EXCHANGE.
3. VIOLATED NYSE ARCA EQUITIES RULE 6.18(A) IN THAT RONIN FAILED TO SUPERVISE ITS ASSOCIATED PERSONS AND BUSINESS OPERATIONS TO ASSURE THEIR COMPLIANCE WITH NYSE ARCA EQUITIES RULE 7.16(A)(1), EXCHANGE ACT RULES 10A-1 AND REG SHO RULE 200(G).|4.VIOLATED NYSE ARCA EQUITIES RULE 6.18(C) IN THAT RONIN FAILED TO ESTABLISH, MAINTAIN, AND ENFORCE WRITTEN PROCEDURES TO SUPERVISE THE BUSINESS IN WHICH IT ENGAGES AND TO SUPERVISE THE ACTIVITIES OF ITS ASSOCIATED PERSONS THAT WERE REASONABLY DESIGNED TO ENSURE COMPLIANCE WITH NYSE ARCA EQUITIES RULE 7.16(A)(1), EXCHANGE ACT RULE 10(A)(1), AND REG SHO RULE 200(G). SANCTION: CENSURE AND $200,000 FINE.

**Regulator Statement**

**10/26/07** THE DECISION IS NOW FINAL.

**Reporting Source:**

Firm

**Current Status:**

Final

**Allegations:**

VIOLATION OF EXCHANGE RULE 7.16; 6.18(A); 6.18(C); SECURITIES EXCHANGE ACT OF 1934 RULE 10A-1; AND REGULATION SHO RULE 200 (G)

**Initiated By:**

NYSE ARCA, INC

**Date Initiated:**

07/23/2006

**Docket/Case Number:**

07-AE-03

**Principal Product Type:**

Equity Listed (Common & Preferred Stock)

**Other Product Type(s):**

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

57

**Principal Sanction(s)/Relief Sought:**
Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:**
$200,000 FINE AND CENSURE

**Resolution:**
Settled

**Resolution Date:**
07/23/2007

**Sanctions Ordered:**
Censure
Monetary/Fine $200,000.00

**Other Sanctions Ordered:**

**Sanction Details:**
SANCTION: CENSURE AND $200,000 FINE.

**Firm Statement**
RONIN INCORRECTLY MARKED AS "SHORT EXEMPT" NUMEROUS SELL SHORT ORDERS FOR EXECUTION THAT WERE NOT IN FACT ENTITLED TO EXEMPTION FROM THE APPLICABLE TICK TEST UNDER EXCHANGE AND FEDERAL SECURITIES RULES. AS A RESULT RONIN EXECUTED NUMEROUS SELL SHORT ORDERS IN LISTED SECURITIES IN A MANNER THAT IMPROPERLY EXEMPTED THESE TRANSACTIONS FROM THE APPLICABLE TICK TEST REQUIRED UNDER THESE RULES, THEREBY CAUSING NUMEROUS SELL SHORT ORDERS TO EXECUTE ON DOWNTICK ON THE EXCHANGE. IN THAT RONIN FAILED TO ADEQUATELY SUPERVISE ITS ASSOCIATED PERSONS AND BUSINESS OPERATIONS TO ASSURE THEIR COMPLIANCE WITH NYSE ARCA EQUITIES RULE 7.16(A)(1), EXCHANGE ACT RULES 10A-1 AND REG SHO RULE 200(G). RONIN SUBMITTED AN OFFER OF SETTLEMENT AND WAS CENSURED AND FINED $200,000.

### Disclosure 25 of 25

**Reporting Source:**
Regulator

**Current Status:**
Final

**Allegations:**
SEE BELOW

**Initiated By:**
CHICAGO BOARD OPTIONS EXCHANGE

**Date Initiated:**
07/23/2003

**Docket/Case Number:**
03-0022

**Principal Product Type:**
Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**
Civil and Administrative Penalt(ies) /Fine(s)

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



www.finra.org/brokercheck

58

**Other Sanction(s)/Relief Sought:**

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 08/08/2003

**Sanctions Ordered:** Censure
Monetary/Fine $5,000.00

**Other Sanctions Ordered:** A FIVE THOUSAND DOLLAR ($5,000) FINE AND A CENSURE.

**Sanction Details:** A FIVE THOUSAND DOLLAR ($5,000) FINE AND A CENSURE.

**Regulator Statement** GPZ TRADING, LLC WAS AN EXCHANGE MEMBER ORGANIZATION. ON OR ABOUT DECEMBER 21, 2001, RONIN CAPITAL ACQUIRED THE REGULATORY LIABILITIES OF GPZ TRADING, LLC.  RONIN WAS CENSURED AND FINED $5,000 FOR THE FOLLOWING CONDUCT.  GPZ TRADING FAILED TO MAINTAIN AND PRESERVE COPIES OF MESSAGE ROUTED OVER ITS COMMUNICATOR SYSTEM.  (CBOE RULE 15.1-MAINTENANCE, FURNISHING, AND RETENTION OF BOOKS, RECORDS, AND OTHER INFORMATION, SECTION 17(A) OF THE ACT AND RULES 17A-3 - RECORDS TO BE MADE BY CERTAIN EXCHANGE MEMBERS, BROKERS AND DEALERS AND RULE 17A-4 -RECORDS TO BE PRESERVED BY CERTAIN EXCHANGE MEMBERS, BROKERS, AND DEALERS.)

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** VIOLATION OF EXCHANGE RULE 15.1- MAINTENANCE, FURNISHING, AND RETENTION OF BOOKS, RECORDS AND OTHER INFORMATION, SEC. 17(A) OF THE ACT AND RULES 17A-3- RECORDS TO BE MADE BY CERTAIN EXCHANGE MEMBERS, BROKERS AND DEALERS AND RULE 17A-4- RECORDS TO BE PRESERVED BY CERTAIN EXCHANGE MEMBERS, BROKERS AND DEALERS.

**Initiated By:** CHICAGO BOARD OF OPTIONS EXCHANGE

**Date Initiated:** 11/29/2001

**Docket/Case Number:** 03-0022

**Principal Product Type:** Options

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:** Censure

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

User Guidance

FINNA

59

**Other Sanction(s)/Relief Sought:** IN ADDITION RONIN CAPITAL, LLC WAS FINED $5,000

**Resolution:** Decision & Order of Offer of Settlement

**Resolution Date:** 08/08/2003

**Sanctions Ordered:** Censure
Monetary/Fine $5,000.00

**Other Sanctions Ordered:**

**Sanction Details:** RONIN CAPITAL, LLC WAS CENSURED AND FINED $5,000.

**Firm Statement** FROM ABOUT 7/26/2001 THROUGH ABOUT 11/25/2001 GPZ TRADING, LLC
UTILIZED AN INSTANT-MESSAGING SYSTEM, OPERATED AND MAINTAINED
BY AN AFFILIATED COMPANY, EDGE TRADING SYSTEM, LLC. CBOE HAS
DETERMINED THAT DURING THAT TIME GPZ TRADING FAILED TO MAINTAIN
AND PRESERVE COPIES OF MESSAGES ROUTED OVER ITS
COMMUNICATOR SYSTEM. DUE TO THE FACT THAT GPZ TRADING CEASED
ITS EXISTANCE AND RONIN CAPITAL AQUIRED THE REGULATORY
LIABILITIES OF GPZ TRADING ON 12/21/2001 RONIN WAS ISSUED
"STATEMENT OF CHARGES". RONIN CAPITAL SUBMITTED AN "OFFER OF
SETTLEMENT" AND WAS CENSURED AND FINED $5,000.

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC



User Guidance

**End of Report**

**This page is intentionally left blank.**

www.finra.org/brokercheck

©2019 FINRA. All rights reserved.    Report about RONIN CAPITAL, LLC

# ADDENDUM EXHIBIT 3



**BrokerCheck Report**

# SUNRISE BROKERS LLC

CRD# 151012

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Firm Profile | 2 - 14 |
| Firm History | 15 |
| Firm Operations | 16 - 50 |



# About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

· **What is included in a BrokerCheck report?**

· BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.

· Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

· **Where did this information come from?**

· The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:

   o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and

   o information that regulators report regarding disciplinary actions or allegations against firms or brokers.

· **How current is this information?**

· Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.

· **What if I want to check the background of an investment adviser firm or investment adviser representative?**

· To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.

· **Are there other resources I can use to check the background of investment professionals?**

· FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.

· **Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

# FINLA

# SUNRISE BROKERS LLC

CRD# 151012

SEC# 8-68325

## Main Office Location

1500 BROADWAY
25TH FLOOR
NEW YORK, NY 10036
Regulated by FINRA New York Office

## Mailing Address

1500 BROADWAY
25TH FLOOR
NEW YORK, NY 10036

## Business Telephone Number

212-968-4100

# Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

## Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 04/23/2009.

Its fiscal year ends in December.

## Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

## Firm Operations

**This firm is registered with:**

- the SEC
- 1 Self-Regulatory Organization
- 1 U.S. state or territory

Is this brokerage firm currently suspended with any regulator?  **No**

This firm conducts 6 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm does not have referral or financial arrangements with other brokers or dealers.

## Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

Are there events disclosed about this firm?  **No**

©2018 FINRA. All rights reserved.     Report about SUNRISE BROKERS LLC



www.finra.org/brokercheck

User Guidance

# Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Delaware on 04/23/2009.

Its fiscal year ends in December.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**SUNRISE BROKERS LLC**
**Doing business as SUNRISE BROKERS LLC**

**CRD#**  151012

**SEC#**  8-68325

**Main Office Location**

1500 BROADWAY
25TH FLOOR
NEW YORK, NY  10036
**Regulated by FINRA New York Office**

**Mailing Address**

1500 BROADWAY
25TH FLOOR
NEW YORK, NY  10036

**Business Telephone Number**

212-968-4100

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

User Guidance

# FINRA

## Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | SBL SUNRISE BROKERS LIMITED |
| **Is this a domestic or foreign entity or an individual?** | Foreign Entity |
| **Position** | OWNER |
| **Position Start Date** | 06/2009 |
| **Percentage of Ownership** | 50% but less than 75% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC PARTNERS, L.P. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | OWNER |
| **Position Start Date** | 12/2016 |
| **Percentage of Ownership** | 25% but less than 50% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BARTHES, DAVY |
| | 5726005 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF EXECUTIVE OFFICER |
| **Position Start Date** | 12/2016 |
| **Percentage of Ownership** | Less than 5% |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | BISGAY, STEVEN |
| | 4424156 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHIEF FINANCIAL OFFICER/FINOP/PRINCIPAL FINANCIAL OFFICER |
| Position Start Date | 12/2016 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | MCLOUGHLIN, SHAWN DAMIEN |
| | 1665431 |
| Is this a domestic or foreign entity or an individual? | Individual |
| Position | CHAIRMAN |
| Position Start Date | 12/2016 |
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |
| Legal Name & CRD# (if any): | SHIELDS, WILLIAM MICHAEL |
| | 2380166 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
**Firm Profile**

User Guidance

## Direct Owners and Executive Officers (continued)

| Is this a domestic or foreign entity or an individual? | Individual |
|---|---|
| **Position** | CHIEF COMPLIANCE OFFICER & SECRETARY |
| **Position Start Date** | 12/2016 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| **Legal Name & CRD# (if any):** | TREARS, JOHN PATRICK |
|---|---|
| | 2837461 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF OPERATIONS OFFICER/PRINCIPAL OPERATIONS OFFICER |
| **Position Start Date** | 12/2016 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

5

www.finra.org/brokercheck

User Guidance

# FINRA

## Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.

## Indirect Owners

**Legal Name & CRD# (if any):** BGC GLOBAL HOLDINGS, L.P

**Is this a domestic or foreign entity or an individual?** Foreign Entity

**Company through which indirect ownership is established** SBL SUNRISE BROKERS LTD.

**Relationship to Direct Owner** SHAREHOLDER

**Relationship Established** 12/2016

**Percentage of Ownership** 75% or more

**Does this owner direct the management or policies of the firm?** Yes

**Is this a public reporting company?** No

---

**Legal Name & CRD# (if any):** BGC GP LIMITED

**Is this a domestic or foreign entity or an individual?** Foreign Entity

**Company through which indirect ownership is established** BGC GP, LLC

**Relationship to Direct Owner** MEMBER

**Relationship Established** 04/2008

**Percentage of Ownership** 75% or more

**Does this owner direct the management or policies of the firm?** Yes

**Is this a public reporting company?** No

---

**Legal Name & CRD# (if any):** BGC HOLDINGS U.S., INC.

**Is this a domestic or foreign entity or an individual?** Domestic Entity

©2018 FINRA. All rights reserved.     Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance
FINIa

# Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| Company through which indirect ownership is established | BGC FINANCIAL GROUP INC. |
| Relationship to Direct Owner | SHAREHOLDER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC HOLDINGS, L.P. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC HOLDINGS, LLC |
| Relationship to Direct Owner | SOLE MEMBER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC HOLDINGS, L.P. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC GLOBAL HOLDINGS GP LIMITED |
| Relationship to Direct Owner | SHAREHOLDER |
| Relationship Established | 04/2008 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC PARTNERS, INC. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC GP LIMITED |
| Relationship to Direct Owner | SHAREHOLDER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | Yes |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC PARTNERS, INC. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC GLOBAL LIMITED |
| Relationship to Direct Owner | SHAREHOLDER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | 75% or more |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting | Yes |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

**FINRA**

## Firm Profile

### Indirect Owners (continued)

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC PARTNERS, INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | BGC HOLDINGS U.S., INC. |
| **Relationship to Direct Owner** | SHAREHOLDER |
| **Relationship Established** | 04/2008 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | Yes |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC HOLDINGS, L.P. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | BGC GLOBAL HOLDINGS, L.P. |
| **Relationship to Direct Owner** | LIMITED PARTNER |
| **Relationship Established** | 04/2008 |
| **Percentage of Ownership** | 50% but less than 75% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC PARTNERS, INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| Company through which indirect ownership is established | BGC PARTNERS, L.P. |
| Relationship to Direct Owner | LIMITED PARTNER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | 50% but less than 75% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | Yes |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC GLOBAL LIMITED |
| Is this a domestic or foreign entity or an individual? | Foreign Entity |
| Company through which indirect ownership is established | BGC GLOBAL HOLDINGS, L.P. |
| Relationship to Direct Owner | LIMITED PARTNER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | 25% but less than 50% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC HOLDINGS, L.P. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC PARTNERS, L.P. |
| Relationship to Direct Owner | LIMITED PARTNER |
| Relationship Established | 04/2008 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| Percentage of Ownership | 25% but less than 50% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | CANTOR FITZGERALD, L.P. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC HOLDINGS, L.P. |
| Relationship to Direct Owner | LIMITED PARTNER |
| Relationship Established | 08/2004 |
| Percentage of Ownership | 25% but less than 50% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC FINANCIAL GROUP INC. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC PARTNERS, L.P. |
| Relationship to Direct Owner | LIMITED PARTNER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | Other General Partners |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting | No |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

**FINRA**

## Firm Profile

### Indirect Owners (continued)

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC GLOBAL HOLDINGS GP LIMITED |
| **Is this a domestic or foreign entity or an individual?** | Foreign Entity |
| **Company through which indirect ownership is established** | BGC GLOBAL HOLDINGS, L.P. |
| **Relationship to Direct Owner** | GENERAL PARTNER |
| **Relationship Established** | 04/2008 |
| **Percentage of Ownership** | Other General Partners |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC GP, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | BGC HOLDINGS, L.P. |
| **Relationship to Direct Owner** | GENERAL PARTNER |
| **Relationship Established** | 04/2008 |
| **Percentage of Ownership** | Other General Partners |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BGC HOLDINGS U.S., INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

## Firm Profile

User Guidance

## Indirect Owners (continued)

| | |
|---|---|
| Company through which indirect ownership is established | BGC PARTNERS, L.P. |
| Relationship to Direct Owner | LIMITED PARTNER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | Other General Partners |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC HOLDINGS, LLC |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC PARTNERS, L.P. |
| Relationship to Direct Owner | GENERAL PARTNER |
| Relationship Established | 04/2008 |
| Percentage of Ownership | Other General Partners |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

| | |
|---|---|
| Legal Name & CRD# (if any): | BGC PARTNERS, INC. |
| Is this a domestic or foreign entity or an individual? | Domestic Entity |
| Company through which indirect ownership is established | BGC GP, LLC |
| Relationship to Direct Owner | MEMBER |
| Relationship Established | 04/2008 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance
FINRA

## Firm Profile

## Indirect Owners (continued)

| | |
|---|---|
| Percentage of Ownership | Other General Partners |
| Does this owner direct the management or policies of the firm? | No |
| Is this a public reporting company? | Yes |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

User Guidance

## Firm History

This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

No information reported.

©2018 FINRA. All rights reserved.     Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

User Guidance

# Firm Operations

## Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 1 SRO and 1 U.S state or territory.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 04/22/2010 |

## SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:    Yes

A broker-dealer and government securities broker or dealer:    Yes

A government securities broker or dealer only:    No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 04/22/2010 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



User Guidance

www.finra.org/brokercheck

**Firm Operations**

**Registrations (continued)**

| U.S. States & Territories | Status | Date Effective |
|---|---|---|
| New York | Approved | 01/09/2017 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



User Guidance

www.finra.org/brokercheck

## Firm Operations

### Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 6 types of businesses.**

### Types of Business

Broker or dealer retailing corporate equity securities over-the-counter

Broker or dealer selling corporate debt securities

U.S. government securities broker

Put and call broker or dealer or option writer

Non-exchange member arranging for transactions in listed securities by exchange member

Other - THE FIRM ALSO DEALS IN DERIVATIVES AND OTC OPTIONS

### Other Types of Business

This firm does not effect transactions in commodities, commodity futures, or commodity options.
This firm does not engage in other non-securities business.

Non-Securities Business Description:

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

18

www.finra.org/brokercheck

User Guidance

FINra

## Firm Operations

### Clearing Arrangements

**This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

### Introducing Arrangements

**This firm does not refer or introduce customers to other brokers and dealers.**

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

User Guidance

# Firm Operations

## Industry Arrangements

**This firm does have books or records maintained by a third party.**

**Name:** GLOBAL RELAY COMMUNICATIONS INC.

**Business Address:** 220 CAMBIE STREET
2ND FLOOR
VANCOUVER, CANADA  V6B2M9

**Effective Date:** 04/22/2010

**Description:** ELECTRONIC STORAGE MEDIA - THIRD PARTY WITH APPROPRIATE
EXPERTISE - (GLOBAL RELAY ELECTRONIC STORAGE MEDIA
PLATFORM)

**This firm does have accounts, funds, or securities maintained by a third party.**

**Name:** VISION FINANCIAL MARKETS LLC

**CRD #:** 142271

**Business Address:** 120 LONG RIDGE RD
STAMFORD, CT  06902

**Effective Date:** 04/24/2013

**Description:** FULLY DISCLOSED CLEARING ARRANGEMENT

**Name:** COWEN EXECUTION SERVICES LLC

**CRD #:** 35693

**Business Address:** 1633 BROADWAY
NEW YORK, NY  10019

**Effective Date:** 06/05/2012

**Description:** FULLY DISCLOSED CLEARING ARRANGEMENT

**This firm does not have customer accounts, funds, or securities maintained by a third party.**

## Control Persons/Financing

**This firm does not have individuals who control its management or policies through agreement.**

**This firm does not have individuals who wholly or partly finance the firm's business.**

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

20



www.finra.org/brokercheck

User Guidance

## Firm Operations

## Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is, directly or indirectly:**
· in control of
· controlled by
· or under common control with

the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.

**NEWMARK KNIGHT FRANK AUSTRALIA PTY LTD is under common control with the firm.**

| | |
|---|---|
| Business Address: | REGUS, GROUND FLOOR<br>430 LITTLE COLLINS STREET<br>MELBOURNE VIC, AUSTRALIA  3000 |
| Effective Date: | 08/16/2018 |
| Foreign Entity: | Yes |
| Country: | AUSTRALIA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF NEWMARK KNIGHT FRANK AUSTRALIA PTY LTD IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**EMERGING MARKETS BOND EXCHANGE LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | 1 CANADA SQUARE<br>LEVEL 39<br>LONDON, UK  E14 5AB |
| Effective Date: | 05/08/2018 |
| Foreign Entity: | Yes |
| Country: | UK |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF EMERGING MARKETS BOND EXCHANGE |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



**User Guidance**

# Firm Operations

## Organization Affiliates (continued)

LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

### CANTOR FITZGERALD SINGAPORE PTD LTD is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 1 MARINA BOULEVARD<br>#28-00<br>SINGAPORE, SINGAPORE |
| **Effective Date:** | 07/25/2017 |
| **Foreign Entity:** | Yes |
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD SINGAPORE PTD LTD IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

### CANTOR FITZGERALD SECURITIES JAPAN CO., LTD. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 3-1 AKASAKA 5-CHOME<br>MINATO-KU<br>TOKYO, JAPAN |
| **Effective Date:** | 03/28/2018 |
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD SECURITIES JAPAN CO., LTD. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

### NEWMARK GROUP, INC. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 125 PARK AVENUE<br>NEW YORK, NY 10017 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

**Effective Date:** 12/13/2017

**Foreign Entity:** No

**Country:**

**Securities Activities:** No

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF NEWMARK GROUP, INC. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC.

---

**L&P INVESTMENT SERVICES LIMITED is under common control with the firm.**

**Business Address:** 2/3 TERMINUS MILLS
CLONSKEAGH ROAD
DUBLIN, IRELAND  6

**Effective Date:** 06/30/2017

**Foreign Entity:** Yes

**Country:** IRELAND

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF FL&P INVESTMENT SERVICES LIMITED IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC.

---

**GFI SOUTH AFRICA (PTY) LTD is under common control with the firm.**

**Business Address:** 66 PARK LANE
SANDTON
JOHANNESBURG, SOUTH AFRICA  2169

**Effective Date:** 01/31/2017

**Foreign Entity:** Yes

**Country:** SOUTH AFRICA

**Securities Activities:** Yes

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF GFI SOUTH AFRICA (PTY) LTD AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI INTERNATIONAL & CAPITAL MARKET BROKERS (PTY) LIMITED is under common control with the firm.

| | |
|---|---|
| Business Address: | 66 PARK LANE<br>SANDTON<br>JOHANNESBURG, SOUTH AFRICA  2169 |
| Effective Date: | 01/31/2017 |
| Foreign Entity: | Yes |
| Country: | SOUTH AFRICA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF GFI INTERNATIONAL & CAPITAL MARKET BROKERS (PTY) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI AFRICAN MONEY BROKERS (PTY) LTD. is under common control with the firm.

| | |
|---|---|
| Business Address: | 66 PARK LANE<br>SANDTON<br>JOHANNESBURG, SOUTH AFRICA  2169 |
| Effective Date: | 01/31/2017 |
| Foreign Entity: | Yes |
| Country: | SOUTH AFRICA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF GFI AFRICAN MONEY BROKERS (PTY) LTD. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### BESSO RE BRASIL CORRETORA DE RESSEGUROS LTDA is under common control with the firm.

| | |
|---|---|
| Business Address: | SAO JOSE STREET, 90<br>ROOM 2107 |

©2018 FINRA. All rights reserved.   Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 02/28/2017 |
| **Foreign Entity:** | Yes |
| **Country:** | BRAZIL |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BESSO RE BRASIL CORRETORA DE RESSEGUROS LTDA AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

DOWNTOWN RIO DE JANEIRO, BRAZIL  20010-020

**OPTEX GROUP LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ONE CHURCHILL PLACE<br>CANARY WHARF<br>LONDON, UNITED KINGDOM  E14 5RD |
| **Effective Date:** | 02/28/2017 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF OPTEX GROUP LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BESSO SIGORTA VE REASURANS BROKERLIGI LTD is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | KANYON OFIS BLOGU, BUYUKDERE CADDESI NO: 185<br>KAT: 6 LEVENT<br>ISTANBUL, TURKEY  34394 |
| **Effective Date:** | 02/28/2017 |
| **Foreign Entity:** | Yes |
| **Country:** | TURKEY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

# Firm Operations

User Guidance

## Organization Affiliates (continued)

**Description:** THE ULTIMATE PARENT OF BESSO SIGORTA VE REASURANS BROKERLIGI LTD AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**BESSO RE (MIDDLE EAST) LIMITED is under common control with the firm.**

**Business Address:** UNIT 1302-A, LEVEL 13, EMIRATES FINANCIAL TOWERS
DUBAI INT'L FINANCIAL CENTRE, PO BOX 506610
DUBAI, UAE

**Effective Date:** 02/28/2017

**Foreign Entity:** Yes

**Country:** UAE

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF BESSO RE (MIDDLE EAST) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**BESSO LIMITED is under common control with the firm.**

**Business Address:** ONE CHURCHILL PLACE
CANARY WHARF
LONDON, UNITED KINGDOM  E14 5RD

**Effective Date:** 02/28/2017

**Foreign Entity:** Yes

**Country:** UNITED KINGDOM

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF BESSO LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**BESSO (ASIA PACIFIC) LIMITED is under common control with the firm.**

**Business Address:** ROOM 608, YU TO SANG BUILDING
37 QUEEN'S ROAD
CENTRAL, HONG KONG

**Effective Date:** 02/28/2017

**Foreign Entity:** Yes

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Country:** | HONG KONG |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BESSO (ASIA PACIFIC) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**CF SECURED, LLC is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 285841 |
| **Business Address:** | 110 EAST 59TH STREET NEW YORK, NY 10022 |
| **Effective Date:** | 05/16/2017 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CF SECURED, LLC IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**SUNRISE BROKERS (HONG KONG) LTD is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 28 F MASS MUTUAL TOWER 33 LOCKHART ROAD WAN CHAI, HONG KONG 0000 |
| **Effective Date:** | 12/09/2009 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |

©2018 FINRA. All rights reserved.   Report about SUNRISE BROKERS LLC



www.finra.org/brokercheck
User Guidance

## Firm Operations

## Organization Affiliates (continued)

**Activities:**

**Description:** HE ULTIMATE PARENT OF SUNRISE BROKERS (HONG KONG) LTD AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

### RESOLUTION RECOVERY PARTNERS MANAGER, LLC is under common control with the firm.

**Business Address:** 110 EAST 59TH STREET
NEW YORK, NY 10022

**Effective Date:** 12/15/2016

**Foreign Entity:** No

**Country:**

**Securities Activities:** No

**Investment Advisory Activities:** Yes

**Description:** THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF RESOLUTION RECOVERY PARTNERS MANAGER, LLC IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC.

### FINTAN PARTNERS, LLC is under common control with the firm.

**Business Address:** 303 TWIN DOLPHIN DRIVE
SUITE 230
REDWOOD CITY, CA 94065

**Effective Date:** 12/15/2016

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF FINTAN PARTNERS, LLC IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC.

### CFWP SECURITIES, LLC is under common control with the firm.

**CRD #:** 170228

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

28

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

**Business Address:** 110 EAST 59TH STREET
NEW YORK, NY 10022

**Effective Date:** 12/15/2016

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CFWP SECURITIES, LLC IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC.

### CANTOR FITZGERALD SECURITIES is under common control with the firm.

**Business Address:** 110 EAST 59TH STREET
NEW YORK, NY 10022

**Effective Date:** 12/15/2016

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD SECURITIES IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC.

### CANTOR FITZGERALD IRELAND LIMITED is under common control with the firm.

**Business Address:** 75 ST. STEPHEN'S GREEN
DUBLIN, IRELAND 2

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** IRELAND

**Securities Activities:** Yes

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

29

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD IRELAND LIMITED IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**CANTOR FITZGERALD INVESTMENT ADVISORS, LP is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 110 EAST 59TH STREET NEW YORK, NY  10022 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD INVESTMENT ADVISORS, LP IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**CANTOR FITZGERALD EUROPE is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ONE CHURCHILL PLACE CANARY WHARF LONDON, UNITED KINGDOM  E14 5RD |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD EUROPE IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

### CANTOR FITZGERALD CANADA CORPORATION is under common control with the firm.

| | |
|---|---|
| Business Address: | C/O STEWART MCKELVEY, 1959 UPPER WATER STREET PURDYS WHARF TOWER ONE, SUITE 900 HALIFAX, NOVA SCOTIA, CANADA  B3J 2X2 |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | Yes |
| Country: | CANADA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD CANADA CORPORATION IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

### CANTOR FITZGERALD (HONG KONG) CAPITAL MARKETS LIMITED is under common control with the firm.

| | |
|---|---|
| Business Address: | 6708-6712 THE CENTER 99 QUEEN'S ROAD CENTRAL, HONG KONG |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | Yes |
| Country: | HONG KONG |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD (HONG KONG) CAPITAL MARKETS LIMITED IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

### CANTOR FITZGERALD & CO. is under common control with the firm.

| | |
|---|---|
| CRD #: | 134 |
| Business Address: | 110 EAST 59TH STREET NEW YORK, NY  10022 |

©2018 FINRA. All rights reserved.     Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR FITZGERALD & CO. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**CASTLEOAK SECURITIES, LP is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 125334 |
| **Business Address:** | 110 EAST 59TH STREET NEW YORK, NY 10022 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CASTLEOAK SECURITIES LP IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**CX FUTURES EXCHANGE, L.P. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 110 EAST 59TH STREET NEW YORK, NY 10022 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck

User Guidance

**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CX FUTURES EXCHANGE, L.P. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**CANTOR COMPARATIVE ADVANTAGE, L.P. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 110 EAST 59TH STREET NEW YORK, NY  10022 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CANTOR COMPARATIVE ADVANTAGE, L.P. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**CX CLEARINGHOUSE, L.P. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 110 EAST 59TH STREET NEW YORK, NY  10022 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF CX CLEARINGHOUSE, L.P. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**AQUA SECURITIES L.P. is under common control with the firm.**

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

User Guidance

www.finra.org/brokercheck

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **CRD #:** | 47681 |
| **Business Address:** | 125 PARK AVENUE<br>NEW YORK, NY  10017 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLC IS BGC PARTNERS, INC. AND THE ULTIMATE PARENT OF AQUA SECURITIES, L.P. IS CANTOR FITZGERALD, L.P., WHICH IS THE CONTROLLING STOCK HOLDER OF BGC PARTNERS, INC. |

**FREEDOM INTERNATIONAL BROKERAGE COMPANY is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 181 UNIVERSITY AVENUE<br>SUITE 1500<br>TORONTO ONTARIO, CANADA  M5H 3M7 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | CANADA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF FREEDOM INTERNATIONAL BROKERAGE COMPANY AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**ELX FUTURES, L.P. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 110 EAST 59TH STREET<br>NEW YORK, NY  10022 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF ELX FUTURES, L.P. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**KYTE SECURITIES LLC is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 154075 |
| **Business Address:** | 55 WATER STREET NEW YORK, NY 10041 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF KYTE SECURITIES LLC AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI SWAPS EXCHANGE LLC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 55 WATER STREET NEW YORK, NY 10041 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI SWAPS EXCHANGE LLC AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI SECURITIES LLC is under common control with the firm.**

| | |
|---|---|
| **CRD #:** | 19982 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance



# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Business Address:** | 55 WATER STREET<br>NEW YORK, NY 10041 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI SECURITIES LLC AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI SECURITIES LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 1 SNOWDEN STREET<br>LONDON, UNITED KINGDOM  EC2A 2DQ |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI SECURITIES LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI SECURITIES COLOMBIA S.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | CALLE 97A<br>#9A-50, PISO 5<br>BOGOTA, COLOMBIA |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | COLOMBIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Description:** | THE ULTIMATE PARENT OF GFI SECURITIES COLOMBIA S.A. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI SECURITIES (SA) is under common control with the firm.

| | |
|---|---|
| **Business Address:** | SAN MARTIN 379<br>FIFTH FLOOR<br>BUENOS AIRES, ARGENTINA  C1004AAG |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | ARGENTINA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI SECURITIES (SA) AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI KOREA MONEY BROKERAGE LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 13F ONE IFC, 10 GUKJEGEUMYUNG-RO<br>YEOUIDO-DONG, YEONGDEUNGPO-GU<br>SEOUL, KOREA  150-876 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | KOREA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI GROUP PTE LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI GROUP PTE LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 16 COLLYER QUAY<br>#31-00<br>SINGAPORE, SINGAPORE  049318 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI GROUP PTE LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI GROUP MEXICO S.A. DE C.V. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | MONTES URALES NORTE 505, LOMAS DE CHAPULTEPEC MIGUEL HIDALGO CIUDAD DE MEXICO, DF, MEXICO 11000 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | MEXICO |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI GROUP MEXICO S.A. DE C.V. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI FUTURES EXCHANGE LLC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 55 WATER STREET NEW YORK, NY 10041 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI FUTURES EXCHANGE LLC AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI EXCHANGE COLOMBIA S.A. is under common control with the firm.**

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

**Business Address:** CALLE 97A
#9A-50, PISO 5
BOGOTA, COLOMBIA

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** COLOMBIA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF GFI EXCHANGE COLOMBIA S.A. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**GFI DEL PERU S.A.C. is under common control with the firm.**

**Business Address:** AV DOS DE MAYO 305
SAN ISIDRO, LIMA, PERU  27

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** PERU

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF GFI DEL PERU S.A.C. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**GFI BROKERS LIMITED is under common control with the firm.**

**Business Address:** 1 SNOWDEN STREET
LONDON, UNITED KINGDOM  EC2A 2DQ

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** UNITED KINGDOM

**Securities Activities:** Yes

**Investment Advisory Activities:** No

©2018 FINRA. All rights reserved.   Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# FINſa

## Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Description:** | THE ULTIMATE PARENT OF GFI BROKERS LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI BROKERS (CHILE) ARGENTES DE VALORES SPA is under common control with the firm.

| | |
|---|---|
| **Business Address:** | AVENIDA ISIDORA GOYENECHEA #3162 LAS CONDES, OF #203 SANTIAGO, CHILE 7550083 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | CHILE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI BROKERS (CHILE) ARGENTES DE VALORES SPA AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI AUSTRALIA PTY LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | LEVEL 14 15 CASTLEREAGH STREET SYDNEY, AUSTRALIA  NSW 2000 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | AUSTRALIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI AUSTRALIA PTY LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### GFI (HK) SECURITIES, L.L.C. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 55 WATER STREET NEW YORK, NY 10041 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI (HK) SECURITIES, L.L.C. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**GFI (HK) BROKERS LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 60 WYNDHAM STREET THE CENTRIUM, ROOM 1703 CENTRAL, HONG KONG |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF GFI (HK) BROKERS LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**AMEREX BROKERS LLC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 1 SUGAR CREEK CENTER BLVD. SUITE 700 SUGAR LAND, TX  77478 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF AMEREX BROKERS LLC AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**REMATE LINCE, S.A.P.I DE C.V. is under common control with the firm.**

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

**Business Address:** AV. VASCO DE QUIROGA 2121
1ER PISO COL. SANTA FE
MEXICO CITY, DF, MEXICO  01210

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** MEXICO

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF REMATE LINCE, S.A.P.I. DE C.V. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**REMATE (USA), INC. is under common control with the firm.**

**Business Address:** 499 PARK AVENUE
NEW YORK, NY  10022

**Effective Date:** 12/15/2016

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF REMATE (USA), INC. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

**PERIMETER MARKETS, INC. is under common control with the firm.**

**Business Address:** 200-15 YORK ST
TORONTO ON, CANADA  M5J 0A3

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** CANADA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

**Description:** THE ULTIMATE PARENT OF PERIMETER MARKETS, INC. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

### MINT BROKERS is under common control with the firm.

| | |
|---|---|
| **CRD #:** | 13681 |
| **Business Address:** | ONE SEAPORT PLAZA<br>19TH FL<br>NEW YORK, NY 10038 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF MINT BROKERS AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### CHINA CREDIT BGC MONEY BROKING COMPANY LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | ROOM 6402-08, 64/F<br>TWO INTERNATIONAL FINANCE CENTER, 8 FINANCE STREET<br>CENTRAL, HONG KONG |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF CHINA CREDIT BGC MONEY BROKING COMPANY LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### BGC SHOKEN KAISHA LIMITED (TOKYO BRANCH) is under common control with the firm.

| | |
|---|---|
| **Business Address:** | AKASAKA BIZ TOWER, 38F<br>5-3-1 AKASAKA, MINATO-KU<br>TOKYO, JAPAN 107-6338 |
| **Effective Date:** | 12/15/2016 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC SHOKEN KAISHA LIMITED (TOKYO BRANCH) AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### BGC SECURITIES (SINGAPORE) LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | 10 SHENTON WAY MAS BUILDING SINGAPORE, SINGAPORE 079117 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC SECURITIES (SINGAPORE) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### BGC SECURITIES (HONG KONG) LLC (HONG KONG BRANCH) is under common control with the firm.

| | |
|---|---|
| **Business Address:** | SUITES 6402-08, 64TH FLOOR TWO INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET CENTRAL, HONG KONG |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC SECURITIES (HONG KONG) LLC (HONG KONG BRANCH) AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

44

www.finra.org/brokercheck
User Guidance

**FINRA**

## Firm Operations

## Organization Affiliates (continued)

**BGC SECURITIES (AUSTRALIA) PTY LTD is under common control with the firm.**

| | |
|---|---|
| Business Address: | LEVEL 24<br>357-363 GEORGE STREET<br>SYDNEY, AUSTRALIA  NSW 2000 |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | Yes |
| Country: | AUSTRALIA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF BGC SECURITIES (AUSTRALIA) PTY LTD AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BGC SA FINANCIAL BROKERS (PROPRIETARY) LIMITED is under common control with the firm.**

| | |
|---|---|
| Business Address: | RIVERWALK OFFICE PARK, ASHLEA GARDENS<br>41 MATROOSBERG ROAD, MENLO PARK<br>PRETORIA, SOUTH AFRICA  0081 |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | Yes |
| Country: | SOUTH AFRICA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF BGC SA FINANCIAL BROKERS (PROPRIETARY) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BGC PARTNERS, INC. controls the firm.**

| | |
|---|---|
| Business Address: | 499 PARK AVENUE<br>NEW YORK, NY  10022 |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | Yes |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC



www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Investment Advisory Activities:** | No |
| **Description:** | BGC PARTNERS, INC. IS THE ULTIMATE PARENT OF SUNRISE BROKERS LLC. |

### BGC PARTNERS MENKUL DEGERLER A.S. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | KANYON OFIS BLOGU, BUYUKDERE CADDESI NO: 185 KAT:13 LEVENT ISTANBUL, TURKEY  34394 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | TURKEY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC PARTNERS MENKUL DEGERLER A.S. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### BGC PARTNERS (SINGAPORE) LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | #22-01 MILLENIA TOWER 1 TEMASEK AVENUE #22-01 SINGAPORE, SINGAPORE  039192 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | SINGAPORE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC PARTNERS (SINGAPORE) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

### BGC PARTNERS (AUSTRALIA) PTY LIMITED is under common control with the firm.

| | |
|---|---|
| **Business Address:** | LEVEL 24 363 GEORGE STREET SYDNEY, AUSTRALIA  NSW 2000 |

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

**Firm Operations**

## Organization Affiliates (continued)

| | |
|---|---|
| Effective Date: | 12/15/2016 |
| Foreign Entity: | Yes |
| Country: | AUSTRALIA |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF BGC PARTNERS (AUSTRALIA) PTY LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BGC LIQUIDEZ DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS LTDA. (TRADING NAME BGC LIQUIDEZ) is under common control with the firm.**

| | |
|---|---|
| Business Address: | AVENIDA ALMIRANTE BARROSO, #52 23RD FLOOR DOWNTOWN RIO DE JANEIRO, BRAZIL 20031-000 |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | Yes |
| Country: | BRAZIL |
| Securities Activities: | Yes |
| Investment Advisory Activities: | No |
| Description: | THE ULTIMATE PARENT OF BGC LIQUIDEZ DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS LTDA. (TRADING NAME BGC LIQUIDEZ) AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BGC FINANCIAL, L.P. is under common control with the firm.**

| | |
|---|---|
| CRD #: | 19801 |
| Business Address: | ONE SEAPORT PLAZA 19TH FL NEW YORK, NY 10038 |
| Effective Date: | 12/15/2016 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | Yes |
| Investment Advisory | No |

©2018 FINRA. All rights reserved.   Report about SUNRISE BROKERS LLC




www.finra.org/brokercheck

User Guidance

# Firm Operations

## Organization Affiliates (continued)

**Activities:**

**Description:** THE ULTIMATE PARENT OF BGC FINANCIAL, L.P. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

### BGC DERIVATIVE MARKETS, L.P. is under common control with the firm.

**Business Address:** 499 PARK AVENUE
NEW YORK, NY 10022

**Effective Date:** 12/15/2016

**Foreign Entity:** No

**Country:**

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF BGC DERIVATIVE MARKETS, L.P. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

### BGC CAPITAL MARKETS AND FOREIGN EXCHANGE BROKER (KOREA) LIMITED is under common control with the firm.

**Business Address:** 27 YOIDO-DONG
YOUNGDEUNGPO-GU
SEOUL, KOREA  150-743

**Effective Date:** 12/15/2016

**Foreign Entity:** Yes

**Country:** KOREA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THE ULTIMATE PARENT OF BGC CAPITAL MARKETS AND FOREIGN EXCHANGE BROKER (KOREA) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC.

### BGC CAPITAL MARKETS (JAPAN), LLC (TOKYO BRANCH) is under common control with the firm.

**Business Address:** AKASAKA BIZ TOWER, 38F
5-3-1 AKASAKA
MINATO-KU TOKYO, JAPAN  107-6338

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

www.finra.org/brokercheck
User Guidance

# Firm Operations

## Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC CAPITAL MARKETS (JAPAN), LLC (TOKYO BRANCH) AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BGC CAPITAL MARKETS (HONG KONG) LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | SUITE 6402-08<br>2 INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET<br>CENTRAL, HONG KONG 0000 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | HONG KONG |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC CAPITAL MARKETS (HONG KONG) LIMITED AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**BGC BROKERS L.P. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 1 CHURCHILL PLACE<br>LONDON, UNITED KINGDOM E14 5RD |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF BGC BROKERS L.P. AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

Report about SUNRISE BROKERS LLC

©2018 FINRA. All rights reserved.

www.finra.org/brokercheck
User Guidance

**FINΓΔ**

## Firm Operations

## Organization Affiliates (continued)

**AUREL BGC is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | WASHINGTON PLAZA<br>29 RUE DE BERRI<br>PARIS, FRANCE 75008 |
| **Effective Date:** | 12/15/2016 |
| **Foreign Entity:** | Yes |
| **Country:** | FRANCE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE ULTIMATE PARENT OF AUREL BGC AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**SUNRISE BROKERS LLP is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 1 CHURCHILL PLACE<br>CANARY WHARF<br>LONDON, UNITED KINGDOM E14 5RD |
| **Effective Date:** | 05/05/2002 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE ULTIMATE PARENT OF SUNRISE BROKERS LLP AND SUNRISE BROKERS LLC IS BGC PARTNERS, INC. |

**This firm is not directly or indirectly, controlled by the following:**

- · bank holding company
- · national bank
- · state member bank of the Federal Reserve System
- · state non-member bank
- · savings bank or association
- · credit union
- · or foreign bank

©2018 FINRA. All rights reserved.    Report about SUNRISE BROKERS LLC

User Guidance

FINra

www.finra.org/brokercheck

**End of Report**

**This page is intentionally left blank.**

©2018 FINRA. All rights reserved.     Report about SUNRISE BROKERS LLC

# ADDENDUM EXHIBIT 4

## The New York Times

# *Deutsche Bank Faces Criminal Investigation for Potential Money-Laundering Lapses*

By David Enrich, Ben Protess and William K. Rashbaum

June 19, 2019

Federal authorities are investigating whether Deutsche Bank complied with laws meant to stop money laundering and other crimes, the latest government examination of potential misconduct at one of the world's largest and most troubled banks, according to seven people familiar with the inquiry.

The investigation includes a review of Deutsche Bank's handling of so-called suspicious activity reports that its employees prepared about possibly problematic transactions, including some linked to President Trump's son-in-law and senior adviser, Jared Kushner, according to people close to the bank and others familiar with the matter.

The criminal investigation into Deutsche Bank is one element of several separate but overlapping government examinations into how illicit funds flow through the American financial system, said five of the people, who were not authorized to speak publicly about the inquiries. Several other banks are also being investigated.

The F.B.I. recently contacted the lawyer for a Deutsche Bank whistle-blower, Tammy McFadden, who publicly criticized the company's anti-money-laundering systems, according to the lawyer, Brian McCafferty.

Ms. McFadden, a former anti-money-laundering compliance officer at the bank, told The New York Times last month that she had flagged transactions involving Mr. Kushner's family company in 2016, but that bank managers decided not to file the suspicious activity report she prepared. Some of her colleagues had similar experiences in 2017 involving transactions in the accounts of Mr. Trump's legal entities, although it was not clear whether the F.B.I. was examining the bank's handling of those transactions.

The same federal agent who contacted Ms. McFadden's lawyer also participated in interviews of the son of a deceased Deutsche Bank executive, William S. Broeksmit. Agents told the son, Val Broeksmit, that the Deutsche Bank investigation began with an inquiry into the bank's work for Russian money launderers and had expanded to cover a broader array

of potential misconduct at the bank and at other financial institutions. One element is the banks' possible roles in a vast money-laundering scandal at the Danish lender Danske Bank, according to people briefed on the investigation.

The broader scope of the investigations and many details of precisely what is under scrutiny are unclear, and it is not known whether the inquiries will result in criminal charges. In addition to the F.B.I., the Justice Department's Money Laundering and Asset Recovery Section in Washington and the United States attorney's offices in Manhattan and Brooklyn are conducting the investigations. Representatives for the agencies declined to comment.

Deutsche Bank has said that it is cooperating with government investigations and that it has been taking steps to improve its anti-money-laundering systems.



Tammy McFadden said Deutsche Bank managers had declined to send the government a
suspicious activity report she wrote.  Willie J. Allen Jr. for The New York Times

Even so, the governmental scrutiny — from regulators, members of Congress and now the Justice Department and F.B.I. — has been a drag on the bank's stock price, which is hovering near historic lows because of investors' doubts about its future.

The congressional investigations are focused on Deutsche Bank's close relationship with Mr. Trump and his family. Over the past two decades, it was the only mainstream financial institution consistently willing to do business with Mr. Trump, who had a history of defaulting on loans. The bank lent him a total of more than $2 billion, about $350 million of which was outstanding when he was sworn in as president.

Two House committees have subpoenaed Deutsche Bank for records related to Mr. Trump and his family, including records connected to the bank's handling of potentially suspicious transactions. The president has sued to block Deutsche Bank and Capital One, where he also holds money, from complying with the subpoenas. A federal judge rejected Mr. Trump's request for an injunction, and the president has appealed that ruling.

The Justice Department has been investigating Deutsche Bank since 2015, when agents were examining its role in laundering billions of dollars for wealthy Russians through a scheme known as mirror trading. Customers would use the bank to convert Russian rubles into dollars and euros via a complicated series of stock trades in Europe and the United States.

In early 2017, federal and state regulators in the United States and British authorities imposed hundreds of millions of dollars in civil penalties on Deutsche Bank for that misconduct, but prosecutors never brought a criminal case against the bank. That led some senior Deutsche Bank executives to believe they were in the clear, according to people familiar with their thinking.

By last fall, though, federal agents were investigating a wider range of anti-money-laundering lapses and other possible misconduct at the bank.

F.B.I. agents met this year with Val Broeksmit, whose father was a senior Deutsche Bank executive who committed suicide in January 2014. Mr. Broeksmit said he had provided the agents with internal bank documents and other materials that he had retrieved from his father's personal email accounts.

Until his death, William Broeksmit sat on the oversight board of a large Deutsche Bank subsidiary in the United States, Deutsche Bank Trust Company Americas, which regulators have criticized for having weak anti-money-laundering systems.

Many of the bank's anti-money-laundering operations are based in Jacksonville, Fla., where Ms. McFadden was one of hundreds of employees vetting transactions that computer systems flagged as potentially suspicious.

Ms. McFadden worked in Deutsche Bank's offices in Jacksonville, Fla. Current employees there have discussed the possibility of the building's being raided by federal agents.
Willie Jr. Allen for The New York Times

Ms. McFadden told The Times that she had warned in summer 2016 about transactions by the Kushner Companies involving money being sent to Russian individuals. Other Deutsche Bank employees prepared reports in 2017 flagging transactions involving legal entities associated with Mr. Trump, including his now-defunct charitable foundation, according to current and former bank employees. In both instances, the suspicious activity reports were never filed with the Treasury Department.

Deutsche Bank officials have said that the reports were handled appropriately and that it is not uncommon for managers to overrule employees and opt not to file suspicious activity reports with the government.

There is no indication that Kushner Companies is under investigation. The company said any allegations regarding its relationship with Deutsche Bank that involved money laundering were false. A Trump Organization spokeswoman said that she had no knowledge of any Deutsche Bank transactions being flagged.

The federal Bank Secrecy Act requires financial institutions to alert the government if they suspect that transactions involve criminal proceeds or are being used for illegal purposes. Banks can face civil or criminal penalties for failing to file reports about transactions that are found to be illegal. In recent years, banks like JPMorgan Chase and HSBC have incurred such penalties.

Banks argue that when they err on the side of reporting potential problems, they end up flooding the government with false leads.

Former Deutsche Bank employees, speaking on the condition of anonymity, told The Times that the company had pushed them to rush their reviews of transactions and that managers sometimes created obstacles that discouraged them from filing suspicious activity reports.

Deutsche Bank has scrambled to toughen its anti-money-laundering procedures.

To address complaints about inadequate staffing, it brought in contractors to supplement its Jacksonville work force, although some employees said that the contractors were inexperienced and lacked the appropriate training.

Deutsche Bank also recently sent letters to hundreds of companies, warning that they could be cut off from the bank's services if they did not swiftly provide up-to-date information about the sources of their money and the names of their business partners, according to bank employees who saw the letters. Deutsche Bank officials said the letters, first reported by the Financial Times, were part of their efforts to comply with "know your customer" rules, a crucial component of any bank's anti-money-laundering efforts.

In Jacksonville, Deutsche Bank's anti-financial-crime staff works in a white, three-story building surrounded by palm trees. The F.B.I. has a field office just down the road, clearly visible from the bank's campus.

Bank employees recently have taken to joking that when the F.B.I. raids their offices, they will be able to see the agents coming.

A version of this article appears in print on June 19, 2019, on Page B1 of the New York edition with the headline: Money Laundering Is Focus Of U.S. Inquiry Into Deutsche