1.2 Reporting Possible Ethics Violations and Disciplinary Action Employees have an obligation to report potential ethics violations to Compliance. Compliance will maintain the confidentiality of the individual reporting the possible violation; the employee may also report anonymously the identity of the parties involved. ==Retaliation against employees who report possible violations is strictly prohibited and will subject those who retaliate with disciplinary action which may include termination.== Those who violate the Code are subject to disciplinary action which may include termination. For example, if an employee would feel more comfortable in merely reporting that they suspect several of their co-employees are involved in what appears to be falsifying credit reports or that a fellow employee is involved in a transaction that may be a conflict of interest on his or her part, the employee need only report the suspected Code violation, the persons involved, and the department in which they suspect the activity is occurring.

**EXHIBIT C TO COMPLAINT**