UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

     Plaintiff,

   -v.-

BGC PARTNERS, INC., TOWER BRIDGE INTERNATIONAL SERVICES, L.P., BGC HOLDINGS, L.P., and SHAUN LYNN,

     Defendants.

19 Civ. 6076 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of motions filed by Plaintiff's attorneys, Christopher Tovar and Siobhan Briley, to withdraw as counsel. (Dkt. #48, 49, 50, 52, 53, 54). The Court understands that, if these motions were to be granted, Plaintiff would proceed *pro se* in this matter. The initial pretrial conference, currently scheduled for February 20, 2020, shall instead serve as a conference to address Plaintiff's attorneys' requests to withdraw. Accordingly, all parties, including Plaintiff and Plaintiff's current attorneys, are required to attend the February 20, 2020 hearing. The Court will schedule a pre-motion conference concerning the motions that Defendants intend to file (*see* Dkt. #45, 46, 47), after the pending motions to withdraw have been decided.

SO ORDERED.

Dated: February 12, 2020
    New York, New York

                      KATHERINE POLK FAILLA
                      United States District Judge